RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
HANNAH A. BOGEN (SBN 324294)
hannah.bogen@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Applicants PATH NETWORK, INC.;
and TEMPEST HOSTING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re *Ex Parte* Application of<br><br>Path Network, Inc. and<br>Tempest Hosting, LLC,<br><br>                    Applicants. | CASE NO.<br><br>**DECLARATION OF HANNAH A. BOGEN IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. §1782** |

I, Hannah A. Bogen, hereby declare:

1. I am counsel for Path Network, Inc. ("Path Net") and Tempest Hosting, LLC ("Tempest") (collectively, the "Plaintiffs") in connection with its efforts to obtain discovery from entities in the United States for its ongoing litigation against Curtis Michael Gervais ("Gervais") and his solely-owned company Packet Rabbit Inc. ("PR"; the "*Gervais* Action") in the Ontario Superior Court of Justice (the "Canadian Court"). As such, I have direct knowledge of the facts herein and if needed could competently testify regarding those facts under oath.

2. I make this affidavit in support of the application under 28 U.S.C. section 1782 of Path and Tempest which seeks information to assist the Court in the *Gervais* Action.

3. On April 10, 2023, I, on behalf of Path and Tempest, asked Discord Inc. ("Discord") to preserve all messaging data related to Gervais and Rene Roosen ("Roosen"). On April 11, 2023, Discord responded that it would not preserve the requested data unless legally obligated to do so.

DECLARATION OF HANNAH A. BOGEN IN SUPPORT OF *EX PARTE* APPLICATION
FOR AN ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. §1782

104948493_1

4. I have reviewed the allegations asserted in the *Gervais* Action in detail, including the Canadian Court's orders which list "Renual Roosen" as an alias for Rene Roosen and list "Renual" as a relevant search term linked to Gervais' alleged misconduct. I have also reviewed messages sent by a user named Renual#7394 which were provided to me by Path and Tempest. These messages resemble the messages described in the Gervais Action as those sent by Roosen.

5. I have also reviewed the Canadian Court's Orders in the *Gervais* Action which list "Archetype" as a relevant search term linked to Gervais' alleged misconduct. In connection to my review, I have reviewed messages sent by a user named Archetype#8484 which were provided to me by Path and Tempest. These messages match the messages described in the *Gervais* Action as those sent by Curtis Gervais.

6. It is my professional opinion that a subpoena is the only mechanism by which Path and Tempest can collect and preserve data related to Gervais, Roosen, and Archetype's accounts and messaging data on the Discord platform.

7. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on May 22, 2023 in Los Angeles, California.

Date: May 22, 2023

*/s/ Hannah Bogen*
Hannah A. Bogen

2
DECLARATION OF HANNAH A. BOGEN IN SUPPORT OF *EX PARTE* APPLICATION
FOR AN ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. §1782

104948493_1