1  RITA M. HAEUSLER (SBN 110574)
   rita.haeusler@hugheshubbard.com
2  HANNAH A. BOGEN (SBN 324294)
   hannah.bogen@hugheshubbard.com
3  HUGHES HUBBARD & REED LLP
4  1999 Avenue of the Stars, 9th Floor
   Los Angeles, CA 90067-4620
5  Telephone: (213) 613-2800
   Facsimile: (213) 613-2950
6

7  Attorneys for Path Network, Inc.;
   and Tempest Hosting, LLC
8
                   **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | | |
12 | In Re *Ex Parte* Application of | CASE NO. |
13 | Path Network, Inc. and | **[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. § 1782** |
14 | Tempest Hosting, LLC, | |
15 |              Applicants. | |

  Having considered Path Network, Inc. ("Path") and Tempest Hosting, LLC ("Tempest") (collectively "Applicants")' *ex parte* application for an Order to take evidence pursuant to 28 U.S.C. § 1782,

  IT IS HEREBY ORDERED that:

1. Applicants' application is GRANTED in its entirety;
2. Tom Warren is hereby appointed as Commissioner of the Court to ensure full compliance with the orders in the Discord Subpoena; and
3. Applicants may effectuate service of the Discord Subpoena attached hereto on Discord Inc.

**IT IS SO ORDERED.**

DATED: _____, 2023  By:_____
              United States District Judge