RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
HANNAH A. BOGEN (SBN 324294)
hannah.bogen@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Applicants Path Network, Inc.;
and Tempest Hosting, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Path Network, Inc.; and<br>Tempest Hosting, LLC,<br><br>Applicants. | CASE NO. 3:23-mc-80148<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 22, 2023

RITA M. HAEUSLER
HANNAH A. BOGEN
HUGHES HUBBARD & REED LLP

By: /s/Rita M. Haeusler
Rita M. Haeusler
Attorneys for Applicants Path Network, Inc.;
and Tempest Hosting, LLC

104948908_1