1  Anna Hsia (SBN 234179)
   ZWILLGEN LAW, LLP
2  369 Pine Street, Suite 506
   San Francisco, CA 94104
3  Telephone: (415) 590-2341
   Facsimile: (415) 636-5965
4  anna@zwillgen.com
5
   Nury Siekkinen (*pro hac vice* pending)
6  ZWILLGEN PLLC
   1900 M Street NW, Suite 250
7  Washington, DC 20036
   Telephone: (202) 706-5229
8  Facsimile: (202) 706-5298
   nury@zwillgen.com
9
10 Attorneys for Respondent
   **DISCORD INC.**
11
12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | IN RE *EX PARTE* APPLICATION OF | Case No. 3:23-mc-80148-PHK |
17 | PATH NETWORK, INC.; AND TEMPEST HOLDING, LLC, | Hon. Magistrate Judge Peter H. Kang |
18 | | **REQUEST TO APPEAR REMOTELY AT HEARING ON *EX PARTE* APPLICATION FOR ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. § 1782** |
19 | *Applicants*. | |
20 | | |
21 | | |
22 | | Date:      July 28, 2023 |
23 | | Time:      1:00 p.m. |
   | | Courtroom: F, 15th Floor |

24
25
26
27
28

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      Counsel for Respondent Discord Inc. ("Discord") respectfully requests to appear by
4  videoconference at the Hearing on the *Ex Parte* Application for Order to Take Evidence Pursuant
5  to 28 U.S.C. § 1782 set for July 28, 2023 at 1:00 p.m.
6      The basis for this request is that counsel who will be appearing on behalf of Discord, Nury
7  Siekkinen, is located in Tampa, Florida, and appearance by videoconference will save
8  considerable legal fees and costs.  Additionally, appearance by videoconference will enable Ms.
9  Siekkinen to attend a previously scheduled engagement in Tampa, Florida.
10     None of the parties will be prejudiced, nor should the Court's administration of this case be
11 impacted, by having counsel for Discord appear by videoconference rather than in person.
12     For the foregoing reasons, counsel for Discord respectfully requests permission to appear
13 by videoconference at the Hearing on July 28, 2023.

15 DATED: July 20, 2023        **ZWILLGEN LAW LLP**

16         By:  /s/ Anna Hsia
17         Anna Hsia (SBN 234179)
        anna@zwillgen.com
18         **Attorney for Respondent**
        Discord Inc.