1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF PATH NETWORK, INC.; AND TEMPEST HOLDING, LLC,<br><br>*Applicants*. | Case No. 3:23-mc-80148-PHK<br><br>Hon. Magistrate Judge Peter H. Kang<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY AT HEARING ON *EX PARTE* APPLICATION FOR ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. § 1782**<br><br>Date:       July 28, 2023<br>Time:       1:00 p.m.<br>Courtroom: F, 15th Floor |

Having considered Discord Inc.'s Request to Appear Remotely at the Hearing on *Ex Parte* Application for Order to Take Evidence Pursuant to 28 U.S.C. § 1782 on July 28, 2023 at 1:00 p.m., the Request is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                               PETER H. KANG
                                                               United States Magistrate Judge