Anna Hsia (SBN 234179)
ZWILLGEN LAW, LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
anna@zwillgen.com

Nury Siekkinen (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5229
Facsimile: (202) 706-5298
nury@zwillgen.com

Attorneys for Respondent
**DISCORD INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF PATH NETWORK, INC.; AND TEMPEST HOLDING, LLC,<br><br>*Applicants*. | Case No. 3:23-mc-80148-PHK<br><br>Hon. Magistrate Judge Peter H. Kang<br><br>**RENEWED REQUEST TO APPEAR REMOTELY AT HEARING ON *EX PARTE* APPLICATION FOR ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. § 1782**<br><br>Date:       July 28, 2023<br>Time:       1:00 p.m.<br>Courtroom: F, 15th Floor |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Counsel for Respondent Discord Inc. ("Discord") respectfully requests to appear by videoconference at the Hearing on the *Ex Parte* Application for Order to Take Evidence Pursuant to 28 U.S.C. § 1782 set for July 28, 2023 at 1:00 p.m.

The basis for this request is that counsel who will be appearing on behalf of Discord, Nury Siekkinen, is located in Tampa, Florida, and appearance by videoconference will save considerable legal fees and costs. Additionally, appearance by videoconference will enable Ms. Siekkinen to attend a previously scheduled engagement in Tampa, Florida. Specifically, the engagement is an appointment for Ms. Siekkinen's minor child with a medical specialist that has been scheduled since March. Anna Hsia, acting as local counsel for Discord in this matter, has a scheduling conflict and cannot appear on July 28. However, Alexei Klestoff from the ZwillGen firm can appear on July 28 as local counsel for Discord if the Court so desires. Even so, Ms. Siekkinen has expertise in Section 1782 Applications and the Stored Communications Act which is relevant to this matter. As such, Discord respectfully requests that the Court allow Ms. Siekkinen to appear via videoconference even though such conferences are generally disfavored by the Court.

None of the parties will be prejudiced, nor should the Court's administration of this case be impacted, by having counsel for Discord appear by videoconference rather than in person.

For the foregoing reasons, counsel for Discord respectfully requests permission to appear by videoconference at the Hearing on July 28, 2023.

DATED: July 25, 2023                    **ZWILLGEN LAW LLP**

By:   /s/ Nury Siekkinen
Nury Siekkinen (*pro hac vice*)
nury@zwillgen.com
**Attorney for Respondent**
Discord Inc.