Anna Hsia (SBN 234179)
ZWILLGEN LAW, LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
anna@zwillgen.com

Nury Siekkinen (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5229
Facsimile: (202) 706-5298
nury@zwillgen.com

Attorneys for Respondent
**DISCORD INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF PATH NETWORK, INC.; AND TEMPEST HOLDING, LLC,<br><br>*Applicants*. | Case No. 3:23-mc-80148-PHK<br><br>Hon. Magistrate Judge Peter H. Kang<br><br>**DECLARATION OF NURY SIEKKINEN IN SUPPORT OF RENEWED REQUEST TO APPEAR REMOTELY AT HEARING ON *EX PARTE* APPLICATION FOR ORDER TO TAKE EVIDENCE PURSUANT TO 28 U.S.C. § 1782**<br><br>Date:         July 28, 2023<br>Time:        1:00 p.m.<br>Courtroom: F, 15th Floor |

I, Nury Siekkinen, declare as follows:

1. I am an attorney in the law firm of ZwillGen PLLC and a member of the Bar of the District of Columbia, the Bar of the State of Florida, and the Bar of the State of Illinois. I am one of the counsel for Respondent Discord Inc. in this action. As such, I have personal knowledge of all facts contained in this declaration, and, if called upon to testify, I could and would testify competently to the truth of each statement contained herein.

2. On May 22, 2023, Path Network, Inc. and Tempest Hosting, LLC (collectively, "Applicants") filed an *Ex Parte* Application for an Order to take evidence pursuant to 28 U.S.C. § 1782 (the "Application").

3. On May 31, 2023, the Court issued an Order setting a June 14, 2023 deadline for Applicants to serve a copy of their Application and the Court's May 31 Order on Discord Inc. ("Discord").

4. On June 1, 2023, Discord's Registered Agent was served with the May 31, 2023 Order and Application.

5. On June 6, 2023, the Court ordered an in-person hearing on July 28, 2023 regarding the *Ex Parte* application. ECF 7.

6. I reside in Tampa, Florida and appearing in-person at the July 28 hearing would require costly travel. Attending the July 28 hearing by videoconference will save my client considerable legal fees and expenses.

7. In addition, I have a previously scheduled commitment in Tampa, Florida on July 28. Though that commitment would not prevent me from attending a videoconference hearing.

8. Specifically, that commitment is an appointment for my minor child with a medical specialist at 9 am in Tampa which was made in March. It is my understanding that rescheduling would mean months more time before another appointment would be available with this specialist.

9. Anna Hsia of ZwillGen Law PLLC (who has appeared as counsel for Discord in this matter) has a scheduling conflict and cannot attend the hearing. However, Alexei Klestoff of ZwillGen Law PLLC can attend the hearing as local counsel for Discord if the Court so desires.

10. I have expertise which is highly relevant to this matter, specifically concerning the Stored Communications Act and Section 1782 Applications.

11. No party will be prejudiced, nor should the Court's administration of this case be impacted, by my remote appearance.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July, 2023 in Tampa, Florida.

By: _____
Nury Siekkinen