RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
HANNAH A. BOGEN (SBN 324294)
hannah.bogen@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Applicants Path Network, Inc. and Tempest Hosting, LLC

NURY SIEKKINEN (PRO HAC VICE)
nury@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5229
Facsimile: (202) 706-5298

Attorneys for Respondent Discord Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re *Ex Parte* Application of<br><br>Path Network, Inc. and Tempest Hosting, LLC,<br><br>     Applicants. | CASE NO. 3:23-MC-80148-PHK<br><br>[MAGISTRATE JUDGE PETER H. KANG]<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court is in receipt of the Parties' Joint Motion to Remove Incorrectly Filed Documents filed on December 26, 2023.

The Court ORDERS that ECF Nos. 24, 24-1, and 25 be removed from the public docket and that the Parties file a revised Joint Stipulation and Proposed Order redacting any confidential material within seven days of the Court's order.

IT IS SO ORDERED.

Dated: _____                    _____
                                                     United States Magistrate Judge
                                                     Peter H. Kang

[PROPOSED] ORDER GRANTING JOINT MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

280221495_1