UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF PATH NETWORK, INC.; AND TEMPEST HOSTING, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISCORD INC.,<br><br>　　　　Defendant. | Case No. 23-mc-80148-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. Nos. 30, 31, 35 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for April 30, 2024 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due April 23, 2024 by 5:00 P.M. The Motions to Intervene, ECF Nos. 30 and 31, are set for hearing on March 28, 2024 at 2:00 P.M

Dated: February 1, 2024

　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　　510-637-3530