| | |
|---|---|
| 1 | RITA M. HAEUSLER (SBN 110574) |
| 2 | rita.haeusler@hugheshubbard.com |
|   | HANNAH A. BOGEN (SBN 324294) |
| 3 | hannah.bogen@hugheshubbard.com |
|   | HUGHES HUBBARD & REED LLP |
| 4 | 1999 Avenue of the Stars, 9th Floor |
|   | Los Angeles, CA 90067-4620 |
| 5 | Telephone: (213) 613-2800 |
|   | Facsimile: (213) 613-2950 |
| 6 | |
| 7 | Attorneys for Applicants Path Network, Inc. and Tempest Hosting, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re *Ex Parte* Application of | CASE NO. 3:23-MC-80148-JST |
| Path Network, Inc. and Tempest Hosting, LLC, | **DECLARATION OF HANNAH A. BOGEN IN SUPPORT OF PATH NETWORK INC. AND TEMPEST HOSTING, LLC'S OPPOSITION TO RENE ROOSEN AND GAME SERVER KING'S CORRECTED MOTION TO INTERVENE AND QUASH, MODIFY, OR STAY EXECUTION OF THE SUBPOENA TO DISCORD, INC.** |
| Applicants. | |

DECLARATION OF HANNAH A. BOGEN

280523608_1

I, Hannah A. Bogen, declare as follows:

1. I am a member in good standing of the California bar and counsel for Path Network, Inc. ("Path") and Tempest Hosting, LLC's ("Tempest") in this matter. I make this declaration in support of Path and Tempest's Opposition to Rene Roosen ("Roosen") and Game Server King's ("GSK") Corrected Motion to Intervene and to Quash, Modify, or Stay Execution of the Subpoena to Discord, Inc. ("Motion"; "Opposition").

2. The Canadian Proceedings as defined in the Opposition (p. 2 n.3) include Path and Tempest's civil suit against Curtis Gervais and Packet Rabbit Inc. filed in Ontario Superior Court of Justice (the "Canadian Court"), case file no. CV-22-00000100-0000, and the Anton Piller, Stand and Deliver, and Injunctive Orders (collectively, the "Orders") issued in connection with that suit, which, together, permit Path to engage in pre-litigation injunctions for the preservation and collection of material that would be produced in discovery for use in the above-mentioned civil suit, and have the same case file number.

3. In connection with preparing this declaration, I obtained the following materials from Path and Tempest's counsel in Canada:

   a. **Exhibit A** attached hereto, which is a true and correct copy of the Canadian Court's May 11, 2023 Endorsement extending the Orders until July 27, 2023.
   b. **Exhibit B** attached hereto, which is a true and correct copy of the Canadian Court's July 27, 2023 Endorsement extending the Orders until October 19, 2023.
   c. **Exhibit C** attached hereto, which is a true and correct copy of the Canadian Court's October 11, 2023 email stating that "in light of [an] anticipated motion to transfer the case", the Court was "vacating the October 19th date" and ordering that "[a]ll remaining issues/procedures [be] suspended while awaiting the outcome of the motion to transfer."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 5, 2024, in Los Angeles, California.

_____
Hannah A. Bogen

# EXHIBIT A

| | | |
|---|---|---|
| PATH NETWORK, INC. et al.<br><br>Plaintiffs | v. | Court File No.: CV-22-00000100-0000<br><br>**CURTIS MICHAEL GERVAIS** et al.<br><br>Defendants |

May 11, 2023

Plaintiff's Motion seeking access to the relevant evidence seized under the Anton Piller Order argued. Decision taken under reserve. The other motions previously scheduled for today are adjourned to a date or dates to be set by the TLC in consultation with counsel. The Orders granted at the exparte hearing are hereby extended to the hearing of the set aside Motion on July 27, 2023, on a without prejudice basis. The parties are entitled to another Case Conference subsequent to the release of my decision in order to discuss the other motions, as arranged with the TLC.

Adams J.

---

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT PERTH

**RESPONDING MOTION RECORD OF THE PLAINTIFFS**

**INVESTIGATION COUNSEL PC**
350 Bay Street, Suite 1100
Toronto, ON M5H 2S6

**Norman Groot** / LSO No.: 43721V
Tel:      (416) 637-3141
ngroot@investigationcounsel.com

**Geoff Keeble** / LSO No. 76822P
Tel:      (416) 637-3145
gkeeble@investigationcounsel.com

Lawyers for the Plaintiffs

# EXHIBIT B



**ONTARIO SUPERIOR COURT OF JUSTICE**
Perth

**ENDORSEMENT / ORDER**

CV-22-00000100-0000
Court File No.

**BETWEEN**

PATH NETWORK, INC. ; TEMPEST HOSTING LLC

Plaintiff(s)/Applicant(s)

- and -

CURTIS MICHAEL GERVAIS; PACKET RABBIT INC. ; JOHN DOES; JANE DOES; DOE CORPORATIONS

Defendant(s)/Respondent(s)

**BEFORE:** Justice FAMILY COURT JUDGE — B. ABRAMS.

**HELD BY:** [X] In person  [ ] Videoconference  [ ] Teleconference  [ ] In writing  [ ] Hybrid

**DATE:** July 27, 2023 at ~~09:00am~~ 10:00am

**EVENT TYPE:** Hearing - application on notice

**APPEARING:** (Names and email addresses)

| | | |
|---|---|---|
| Plaintiff(s)/Applicant(s): PATH NETWORK, INC. | Present | [ ] |
| Representative: NORMAN GROOT (mhastings@investigationcounsel.com) | Present | [✓] |
| Plaintiff(s)/Applicant(s): TEMPEST HOSTING LLC | Present | [ ] |
| Representative: NORMAN GROOT (mhastings@investigationcounsel.com) | Present | [✓] |
| Defendant(s)/Respondent(s): CURTIS MICHAEL GERVAIS | Present | [✓] |
| Representative: | Present | [ ] |
| Defendant(s)/Respondent(s): PACKET RABBIT INC. | Present | [ ] |
| Representative: | Present | [ ] |
| Defendant(s)/Respondent(s): JOHN DOES | Present | [ ] |
| Representative: | Present | [ ] |
| Defendant(s)/Respondent(s): JANE DOES | Present | [ ] |
| Representative: | Present | [ ] |
| Defendant(s)/Respondent(s): DOE CORPORATIONS | Present | [ ] |
| Representative: | Present | [ ] |

CV-22-00000100-0000
Court File No.

Third Party or Parties                                                                          Present  ☐
Representative:                                                                                 Present  ☐

**RELIEF REQUESTED:**

☐  Per notice of motion/application   ☐ Per notice of appeal   ☐ Other (specify):

**DISPOSITION:**

☐  Order to go in the form of consent / draft order submitted
☐  Order to go as asked in paragraph(s) _____ of relief requested
☐  Costs of $ _____ on a _____ indemnity basis
   are payable by _____ to _____ by _____, 20__.
☐  Parties to provide submissions as to costs of no more than ___ pages by _____, 20__.
☐  Parties to attend before me to make oral submissions on costs on _____, 20__.
☐  Other (specify below):

☐  No formal order need be taken out.

**BRIEF REASONS** (if any):

CV-22-00000100-0000 Endorsement – July 27th, 2023

**Brief Reasons:**

Case conference today. Order to go for the following:

[1] On consent, the Defendant's motions previously served and filed shall proceed to argument on October 19, 2023 @ 2:00pm, marked for 2.0 hours in total, both motions. No further materials shall be filed in respect of the motions absent leave of the court.

[2] On consent, there shall be a stay of my decision to release the relevant evidence seized as a result of the search pending the Defendant exhausting its rights of appeal to the Divisional Court and to the Court of Appeal thereafter depending on whether there is success at the Divisional Court.

[3] The date and time of the "set-aside motion" shall be adjourned to a further case conference as arranged by counsel in consultation with the trial coordinator, subject to the Defendants' rights of appeal as earlier mentioned.

[4] The current orders arising from the ex parte hearing are hereby extended to October 19, 2023 subject to the parties and counsel reaching terms of a variation of the relief granted.

[5] The Plaintiff asks that the Defendant serve and file a statement of Defence so that pleadings can be closed. The Defence is long overdue. The Defendant resists the request to serve and file a Defence by asserting that to do so would be prejudicial in that he would be required to plead to material facts that ought never had to have been contained in the Notice of Action, as he contends, which his motion to strike shall address.

[6] I have no process before me to deal with this issue today. I am prepared to deal with it, however, by way of a motion in writing. Therefore, the Defendant shall, within 14 days, serve and file a motion seeking to extend the date to serve and file his defence, limited to no more than 10 pages total. The Plaintiff shall have 7 days to serve and file materials setting out its opposition, with the same limitation. I will then rule on the matter.

_July 28, 2023_                               _[signature]_

The Hon. Mr. Justice Brian W. Abrams
Superior Court of Justice

# EXHIBIT C

**From:** Abrams, Mister Justice Brian (SCJ) <Brian.Abrams@scj-csj.ca>
**Sent:** Wednesday, October 11, 2023 2:16 PM
**To:** Norman Groot <ngroot@investigationcounsel.com>; mkatzman@katzmanlitigation.com
**Cc:** Kydd, Mary (MAG) <Mary.Kydd@ontario.ca>; Geoff Keeble <gkeeble@investigationcounsel.com>
**Subject:** RE: Path Net v. Gervais CV-22-0100 Transfer - status of the October 19th appearance

Dear Counsel,

In light of the anticipated motion to transfer, I have advised the Trial Co-Ordinator to vacate the October 19th date.

I will deal with costs, if any, arising from the preserved evidence motion.

All remaining issues/procedures are hereby suspended while awaiting the outcome of the motion to transfer.

*The Honourable Mr. Justice Brian W. Abrams*

Local Administrative Justice for Perth, Lanark County
Ontario Superior Court of Justice