1  RITA M. HAEUSLER (SBN 110574)
   rita.haeusler@hugheshubbard.com
2  HANNAH A. BOGEN (SBN 324294)
   hannah.bogen@hugheshubbard.com
3  HUGHES HUBBARD & REED LLP
   1999 Avenue of the Stars, 9th Floor
4  Los Angeles, CA 90067-4620
   Telephone: (213) 613-2800
5  Facsimile: (213) 613-2950
6
7  Attorneys for Applicants Path Network, Inc. and Tempest Hosting, LLC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  In Re *Ex Parte* Application of          CASE NO. 3:23-MC-80148-JST

12  Path Network, Inc. and Tempest Hosting,   **DECLARATION OF MARSHAL WEBB IN**
    LLC,                                      **SUPPORT OF PATH NETWORK INC. AND**
13                                            **TEMPEST HOSTING, LLC'S**
                   Applicants.                **OPPOSITION TO RENE ROOSEN AND**
14                                            **GAME SERVER KING'S CORRECTED**
                                              **MOTION TO INTERVENE AND QUASH,**
15                                            **MODIFY, OR STAY EXECUTION OF THE**
                                              **SUBPOENA TO DISCORD, INC.**
16

17

18

19

20

21

22

23

24

25

26

27

28

I, Marshal Webb, declare as follows:

1.     I am the founder and Chief Executive Officer of Path Network, Inc.  I have been in this role since December 2018.  I make this declaration in support of Path Network, Inc. ("Path") and Tempest Hosting, LLC's ("Tempest") Opposition to Rene Roosen ("Roosen") and Game Server King's ("GSK") Corrected Motion to Intervene and to Quash, Modify, or Stay Execution of the Subpoena to Discord, Inc. ("Motion"; "Opposition").

2.     I work in the same industry as GSK and Roosen – the data and server hosting and leasing industry.  In this industry, the identity of a company's customers is publicly available.

3.     The identity of GSK's (and Roosen's) customers can be found at various locations including, but not limited to, the following web addresses: bgp.tools; battlemetrics.com.  On bgp.tools, GSK's commercial customers' networks (and the identities of those customers) are displayed.  On battlemetrics.com, GSK's individual hosting clients are displayed.

4.     Bgp.tools and battlemetrics.com contain sufficient information to enable a user to contact the listed customer.

5.     In our industry, it is not possible to keep the identity of your customers confidential because they are automatically advertised through public routing procedures using BGP – Border Gateway Protocol, and are therefore available to all internet users.

6.     Attached hereto as **Exhibit A** is a true and correct copy of an example of a website showing the identities of Cosmic Global's commercial network customers, which I accessed on February 2, 2024 for the purpose of providing support for this affidavit.

7.     Attached hereto as **Exhibit B** is a true and correct copy of an example of a website showing the identities of GSK's commercial network customers (or the lack thereof as of the date I accessed the website), which I accessed on February 2, 2024 for the purpose of providing support for this affidavit.

8.     Attached hereto as **Exhibit C** is a true and correct copy of an example of a website showing the identities of some of GSK's individual hosting customers, which I accessed on February 2, 2024 for the purpose of providing support for this affidavit.

280524081_1

9.      Attached hereto as **Exhibit D** is a true and correct copy of an example of a website with information related to one of GSK's individual hosting customers, including its website at which it could be contacted, which I accessed on February 2, 2024 for the purpose of providing support for this affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 2, 2024, at Phoenix, Arizona.

Marshal Webb

# EXHIBIT A



bgp.tools

Login

Start here...

➡

View    Edit

# Cosmic Global Networks

AS Number **30456**
Website **https://cosmicguard.com/**



| Overview | Prefixes | **Connectivity** | Whois | IX |

| [Peers](#) | [Upstreams](#) | [Downstreams](#) |
|:---:|:---:|:---:|
| **107** | **3** | **32 (Cone: 86)** |

## Network Policy ℹ️

[Click here to learn more about what this graph means and what makes up a network policy](#)

```
┌──────────────────────────────────────────────────────────────────────────┐
│  Policy brave_chatelet                                                   ⌄ │
└──────────────────────────────────────────────────────────────────────────┘
```



# Prefixes in selected policy

| - | Prefix | Description |
|---|--------|-------------|

**Load all 4 prefixes in policy**

---

How are upstreams and downstreams calculated?

## Upstreams ⚡

| | ASN | Description | IPv4 | IPv6 |
|---|-----|-------------|------|------|
| 🇺🇸 | AS2914 | NTT America, Inc. | ✔ | ✔ |
| 🇺🇸 | AS3257 | GTT Communications Inc. | ✔ | ✔ |
| 🇪🇺 | AS6830 | Liberty Global B.V. | ✔ | ✔ |

---

## Peers 

2/2/24, 4:52 PM

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇺🇸 | AS2914 | NTT America, Inc. | ✔ | ✔ |
| 🇪🇺 | AS6830 | Liberty Global B.V. | ✔ | ✔ |
| 🇺🇸 | AS3257 | GTT Communications Inc. | ✔ | ✔ |
| 🇬🇧 | AS52041 | Scaleblade, Ltd. | ✔ | ✔ |
| 🇭🇰 | AS23764 | China Telecom Global | ✔ | ✘ |
| 🇱🇹 | AS28917 | Fiord Networks, UAB | ✔ | ✘ |
| 🇦🇬 | AS31500 | Global Network Management Inc | ✔ | ✘ |
| 🇺🇸 | AS6939 | Hurricane Electric LLC | ✔ | ✘ |
| 🇬🇧 | AS60841 | BerryByte Limited | ✔ | ✘ |
| 🇺🇸 | AS15169 | Google LLC | ✔ | ✘ |
| 🇺🇸 | AS26863 | Gameserverkings | ✔ | ✘ |
| 🇺🇦 | AS35297 | Dataline LLC | ✔ | ✘ |
| 🇧🇬 | AS57344 | Telehouse EAD | ✔ | ✘ |
| 🇺🇸 | AS13335 | Cloudflare, Inc. | ✔ | ✘ |

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| | AS59900 | Balkan Internet Exchange Ltd | ✔ | ✘ |
| | AS47787 | EDGOO NETWORKS LLC | ✔ | ✘ |
| | AS200636 | Paravirt LTD | ✔ | ✘ |
| | AS1002 | Bytefilter LLC | ✔ | ✘ |
| | AS210715 | Nik Rozman | ✔ | ✔ |
| | AS41327 | Fiber Telecom S.p.A. | ✔ | ✘ |
| | AS9009 | M247 Europe SRL | ✔ | ✘ |
| | AS400810 | BreezeHost | ✔ | ✘ |
| | AS40654 | ERR_AS_NAME_NOT_FOUND | ✔ | ✘ |
| | AS24875 | NovoServe B.V. | ✔ | ✘ |
| | AS59993 | UNLIMITED IS LIMITED, LLC | ✔ | ✔ |
| | AS400758 | CORTAVIS | ✔ | ✔ |
| | AS50629 | LWLcom GmbH | ✔ | ✘ |
| | AS199524 | Gcore S.A. | ✔ | ✘ |

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇺🇸 | AS400799 | Pufferfish Studios LLC | ✔ | ✘ |
| 🇺🇸 | AS206286 | 1 of 1 Servers Corp | ✔ | ✘ |
| 🇳🇱 | AS44592 | SkyLink Data Center BV | ✔ | ✘ |
| 🇩🇪 | AS24961 | myLoc managed IT AG | ✔ | ✘ |
| 🇨🇭 | AS34927 | iFog GmbH | ✔ | ✘ |
| 🇺🇸 | AS400495 | Packetware | ✔ | ✘ |
| 🇺🇸 | AS135004 | fy, Inc. | ✔ | ✘ |
| 🇺🇸 | AS399838 | VITAL GAME NETWORK, LLC | ✔ | ✘ |
| 🇺🇸 | AS398986 | secured.gg (Gameserverkings) | ✔ | ✘ |
| 🇬🇧 | AS212027 | Daniel Jackson (PebbleHost) | ✔ | ✔ |
| 🇳🇱 | AS43350 | NForce Entertainment B.V. | ✔ | ✘ |
| 🇩🇪 | AS24940 | Hetzner Online GmbH | ✔ | ✘ |
| 🇨🇦 | AS15353 | Xentain Solutions Inc. | ✔ | ✘ |
| 🇳🇱 | AS35133 | Hybula B.V. | ✔ | ✘ |

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇬🇧 | AS60068 | Datacamp Limited (CDN77 / DataPacket) | ✔ | ✘ |
| 🇪🇸 | AS49600 | NEAR IP, S.L. | ✔ | ✘ |
| 🇸🇪 | AS3399 | Obenetwork AB | ✔ | ✘ |
| 🇳🇱 | AS49127 | Asimo Networks B.V. | ✔ | ✘ |
| 🇬🇧 | AS198990 | Pine Hosting LTD | ✔ | ✘ |
| 🇩🇪 | AS212513 | Bernhard Josef Stelzl | ✔ | ✘ |
| 🇨🇦 | AS400724 | EZProvider Networks, Inc. | ✔ | ✘ |
| 🇬🇧 | AS213349 | OctoSEC LTD | ✔ | ✘ |
| 🇧🇬 | AS209628 | MurVal LTD. | ✔ | ✘ |
| 🇦🇹 | AS213360 | Kevin Dautermann | ✔ | ✘ |
| 🇺🇸 | AS1015 | Server Starter Host LLC | ✔ | ✘ |
| 🇬🇧 | AS211339 | Vortia Ltd | ✔ | ✘ |
| 🇨🇦 | AS14490 | Nexavo Ltd. | ✔ | ✘ |
| 🇬🇧 | AS204928 | Bonsai Hosting ltd | ✔ | ✘ |

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇺🇸 | AS210632 | Floofy Hosting LLC | ✔ | ✘ |
| 🇺🇸 | AS398129 | Games For Life | ✔ | ✘ |
| 🇳🇱 | AS48635 | CLDIN B.V. | ✔ | ✘ |
| 🇮🇪 | AS39122 | Blacknight Internet Solutions Limited | ✔ | ✘ |
| 🇳🇱 | AS57043 | HOSTKEY B.V. | ✔ | ✘ |
| 🇳🇱 | AS212477 | RoyaleHosting B.V. | ✔ | ✘ |
| 🇳🇱 | AS49453 | Global Layer B.V. | ✔ | ✘ |
| 🇷🇴 | AS25198 | INTERKVM HOST (ZetServers) | ✔ | ✘ |
| 🇩🇪 | AS21473 | PFALZKOM GmbH | ✔ | ✘ |
| 🇳🇴 | AS56655 | TerraHost AS | ✔ | ✘ |
| 🇳🇱 | AS207375 | Fiber Operator B.V. | ✔ | ✘ |
| 🇬🇧 | AS209181 | Zenex 5ive Limited | ✔ | ✘ |
| 🇸🇨 | AS206264 | Amarutu Technology Ltd | ✔ | ✘ |
| 🇯🇴 | AS211826 | Istqrar for Servers Services Ltd | ✔ | ✘ |

2/2/24, 4:52 PM                                                AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇳🇱 | AS44854 | Arend Brouwer | ✔ | ✘ |
| 🇳🇱 | AS15435 | DELTA Fiber Nederland B.V. | ✔ | ✘ |
| 🇳🇱 | AS62068 | SpectraIP B.V. | ✔ | ✘ |
| 🇳🇱 | AS50917 | Diederik Focko de Zee | ✔ | ✘ |
| 🇲🇴 | AS47674 | BlazingFast | ✔ | ✘ |
| 🇳🇱 | AS44103 | The Mastermind Holding B.V. | ✔ | ✘ |
| 🇵🇱 | AS210645 | DOMINIK DOBROWOLSKI | ✔ | ✘ |
| 🇳🇱 | AS49870 | Alsycon B.V. | ✔ | ✘ |
| 🇳🇱 | AS42093 | InterRacks B.V. | ✔ | ✘ |
| 🇬🇧 | AS25369 | Hydra Communications Ltd | ✔ | ✘ |
| 🇳🇱 | AS209288 | Services2xs b.v. | ✔ | ✘ |
| 🇬🇧 | AS52025 | ParadoxNetworks Limited | ✔ | ✘ |
| 🇳🇱 | AS211588 | Yvan Watchman trading as Xyphen IT | ✔ | ✘ |
| 🇺🇸 | AS32934 | Facebook, Inc. | ✔ | ✘ |

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|-----|-------------|------|------|
| | AS3920 | ESTOXY OU | ✔ | ✘ |
| | AS47172 | Greenhost BV | ✔ | ✘ |
| | AS60557 | Krik van der Vinne trading as Alpine North | ✔ | ✘ |
| | AS200052 | Feral.io Ltd | ✔ | ✘ |
| | AS60064 | HOSTPALACE DATACENTERS LTD | ✔ | ✘ |
| | AS396998 | Path Network, Inc. | ✔ | ✘ |
| | AS57976 | Blizzard Entertainment, Inc | ✔ | ✘ |
| | AS21221 | Infopact Netwerkdiensten B.V. | ✔ | ✘ |
| | AS207176 | OPENFIBER B.V. | ✔ | ✘ |
| | AS20326 | TeraSwitch Networks Inc. | ✔ | ✘ |
| | AS51942 | EK-Media B.V. | ✔ | ✘ |
| | AS6204 | INTERKVM HOST SRL | ✔ | ✘ |
| | AS48011 | Turunc Smart Bilgisayar Teknoloji Ve Dis Ticaret Limi... | ✔ | ✘ |
| | AS49581 | Ferdinand Zink trading as Tube-Hosting | ✔ | ✘ |

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇺🇸 | AS396986 | Bytedance, Inc. (TikTok) | ✔ | ✘ |
| 🇳🇱 | AS204729 | Servervy B.V. | ✔ | ✘ |
| 🇸🇬 | AS208959 | SlashN Services Pte. Ltd. | ✔ | ✘ |
| 🇦🇹 | AS39409 | Sebastian-Wilhelm Graf | ✔ | ✘ |
| 🇳🇱 | AS211713 | Connectium B.V. | ✔ | ✘ |
| 🇳🇱 | AS211041 | Rens van Aarden trading as Swooth | ✔ | ✘ |
| 🇺🇸 | AS32590 | Valve Corporation | ✔ | ✘ |
| 🇬🇷 | AS210697 | SOMETHING SINGLE MEMBER P.C. | ✔ | ✘ |
| 🇩🇪 | AS210558 | 1337 Services GmbH | ✔ | ✘ |

## Downstreams ⚡

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇬🇧 | AS52041 | Scaleblade, Ltd. | ✔ | ✔ |
| 🇺🇸 | AS26863 | Gameserverkings | ✔ | ✘ |

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇬🇧 | AS200636 | Paravirt LTD | ✔ | ✘ |
| 🇸🇮 | AS210715 | Nik Rozman | ✔ | ✔ |
| 🇺🇸 | AS1002 | Bytefilter LLC | ✔ | ✘ |
| 🇬🇧 🔒 | AS60841 | BerryByte Limited | ✔ | ✘ |
| 🇺🇸 | AS400810 | BreezeHost | ✔ | ✘ |
| 🇺🇸 | AS40654 | ERR_AS_NAME_NOT_FOUND | ✔ | ✘ |
| 🇺🇸 | AS400758 | CORTAVIS | ✔ | ✔ |
| 🇺🇸 | AS59993 | UNLIMITED IS LIMITED, LLC | ✔ | ✔ |
| 🇺🇸 | AS206286 | 1 of 1 Servers Corp | ✔ | ✘ |
| 🇺🇸 | AS400799 | Pufferfish Studios LLC | ✔ | ✘ |
| 🇺🇸 | AS400495 | Packetware | ✔ | ✘ |
| 🇺🇸 | AS135004 | fy, Inc. | ✔ | ✘ |
| 🇺🇸 | AS398986 | secured.gg (Gameserverkings) | ✔ | ✘ |
| 🇺🇸 | AS399838 | VITAL GAME NETWORK, LLC | ✔ | ✘ |

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇨🇦 | AS15353 | Xentain Solutions Inc. | ✔ | ✘ |
| 🇳🇱 | AS35133 | Hybula B.V. | ✔ | ✘ |
| 🇬🇧 | AS212027 | Daniel Jackson (PebbleHost) | ✔ | ✔ |
| 🇺🇸 | AS398129 | Games For Life | ✔ | ✘ |
| 🇬🇧 | AS211339 | Vortia Ltd | ✔ | ✘ |
| 🇺🇸 | AS1015 | Server Starter Host LLC | ✔ | ✘ |
| 🇦🇹 | AS213360 | Kevin Dautermann | ✔ | ✘ |
| 🇬🇧 | AS204928 | Bonsai Hosting ltd | ✔ | ✘ |
| 🇨🇦 | AS14490 | Nexavo Ltd. | ✔ | ✘ |
| 🇺🇸 | AS210632 | Floofy Hosting LLC | ✔ | ✘ |
| 🇩🇪 | AS212513 | Bernhard Josef Stelzl | ✔ | ✘ |
| 🇬🇧 | AS198990 | Pine Hosting LTD | ✔ | ✘ |
| 🇨🇦 | AS400724 | EZProvider Networks, Inc. | ✔ | ✘ |
| 🇬🇧 | AS213349 | OctoSEC LTD | ✔ | ✘ |

AS30456 Cosmic Global Networks - bgp.tools

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| | AS209628 | MurVal LTD. | ✔ | ✘ |
| | AS210697 | SOMETHING SINGLE MEMBER P.C. | ✔ | ✘ |

Scripting/API    Credits    Pricing    Contact Us    Issue Tracker    Contribute Data

# EXHIBIT B

bgp.tools

Login

Start here...

**View** | Edit





# Gameserverkings

AS Number **26863**
Website **https://www.gameserverkings.com**

Overview | Prefixes | **Connectivity** | Whois

Upstreams
**1**

Peers
**2**

**Network Policy** 

Click here to learn more about what this graph means and what makes up a network policy

## Global Aggregation ⌄



How are upstreams and downstreams calculated?

## Upstreams 

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇺🇸 | AS30456 | Cosmic Global Networks | ✓ | ✗ |

## Peers ⚡

| | ASN | Description | IPv4 | IPv6 |
|---|---|---|---|---|
| 🇺🇸 | AS30456 | Cosmic Global Networks | ✓ | ✗ |
| 🇬🇧 | AS25369 | Hydra Communications Ltd | ✓ | ✗ |

# EXHIBIT C

2/2/24, 4:51 PM                                    Rust Server List - Filter and search all servers - BattleMetrics



2/2/24, 4:51 PM

Rust Server List - Filter and search all servers - BattleMetrics

❯ Tips and Tricks

| | Rank ⌃ | Name | Players | Last Wipe | Next Wipe | Location |
|---|---|---|---|---|---|---|
| | #1 | RustReborn.gg EU - Bedwars \| AimTrain \| Creative \| Arena \| FFA<br>Map: RR\|Bedwars\|Arenas\|FFA\|Creative  PVE: False | 779/800 | a day ago | Unknown | 5578 km |
| | #2 | Rustoria.co - EU Mondays<br>☀ Map: Rustoria Map Generation  PVE: False | 469/500 | a day ago | in 3 days | 5578 km |
| | #3 | Rustoria.co - EU Main<br>☀ Map: Rustoria Map Generation  PVE: False | 764/800 (25) | a day ago | in 6 days | 5578 km |
| | #4 | Vital Rust - EU 10x \| No BPs \| Kits \| Clans<br>Map: Made by players, for players.  PVE: False | 435/475 | a day ago | in 15 hours | 5578 km |
| | #5 | Rusticated.com - Creative \| Bedwars \| Build \| BattleRoyale<br>Map: BattleRoyale Creative & More  PVE: False | 233/400 | a day ago | in 2 hours | 1131 km |
| | #6 | Rustoria.co - US Mondays<br>☀ Map: Rustoria Map Generation  PVE: False | 257/275 | a day ago | in 3 days | 2200 km |
| | #7 | Scrapland x10000000 \|KITS\|TP\|CLANS\|SKINBOX\|PVP\|Battlefield\|<br>Map: SCRAPLAND.GG  PVE: False | 262/450 | 3 hours ago | in 3 days | 2198 km |
| | #8 | Rustoria.co - US Main<br>☀ Map: Rustoria Map Generation  PVE: False | 726/750 (13) | a day ago | in 6 days | 2200 km |

2/2/24, 4:51 PM

Rust Server List - Filter and search all servers - BattleMetrics

| Rank ^ | Name | Players | Last Wipe | Next Wipe | Location |
|---|---|---|---|---|---|
| #9 | **UKN.GG - EU Training Grounds - Main**<br>Map: UKN Map PVE: False | 243/275 | 17 hours ago | in 7 hours | 🇬🇧 5578 km |
| #10 | **UKN.GG - US Training Grounds - Main**<br>Map: UKN Map PVE: False | 209/250 | 9 hours ago | in 13 hours | 🇺🇸 2200 km |

Previous  Next

© BattleMetrics LLC. All rights reserved. All trademarks are property of their respective owners.

Contact Us   Add Server   Privacy Policy   Terms of Service   Refund Policy

Powered by Steam
Glyphicons used under CC BY 3.0

# EXHIBIT D

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics



information and the server's description.

**Size**
6000

**Map**
RR|Bedwars|Arenas|FFA|Creative

If this is your server you can generate a server tag to show your settings and wipe schedule here.

**Entity Count**
0

| | |
|---|---|
| Group Limit | None |
| Team UI Limit | None |
| Blueprints | Enabled |
| Kits | No Kits |
| Decay | 100.00% |
| Upkeep | 100.00% |
| Rates | 1x |

## Description

RustReborn.gg's Bedwars and Minigames Server, the original and best Bedwars around.

Modes:
✦ Bedwars
✦ Battlegrounds
✦ Combat Arenas (Unlimited)
✦ FFA
✦ Targets/Aimbots (Unlimited Slots)
✦ Creative (Unlimited Slots)
✦ Parkour

All Servers:
✦ connect eu.rustreborn.gg (CURRENT)
✦ connect us.rustreborn.gg                Show More

## Links

Organization Page

**Website**
https://rustreborn.gg/

**Leaderboards**
https://rustreborn.gg/leaderboard

**Ban Appeals & Discord**
https://discord.gg/rustreborn

**Link Accounts**
https://rustreborn.link

## Server Statistics

**Server Rank**        7D  1M  3M            **Time played**        7D  1M  3M

2/2/24, 4:51 PM                              RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics



## Player Count  [RT] [24H] [7D] [30D] [3M]

## Unique & First time players  [7D] [1M] [3M]

## Active players

| Name | Play time | |
|------|-----------|---|
| **IAMSTACK** | 16:18 | 🚩 |
| Apollo2925 | 16:14 | 🚩 |
| M1Rple | 13:55 | 🚩 |
| iDaN.eXe banditcamp.com | 12:38 | 🚩 |
| Dopey | 11:52 | 🚩 |

## Most Time Played  [1M] [AT] [⚙]

| # | Player | Time |
|---|--------|------|
| 1 | Bliss | 378:43 |
| 2 | Gvozde | 298:14 |
| 3 | Cazzidy | 295:51 |
| 4 | Olsen | 292:14 |
| 5 | PuY | 269:12 |
| 6 | tensei! \|DR | 252:15 |
| 7 | dipper \|DR | 251:00 |
| 8 | Kryticalx | 242:54 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| tensei! |DR | 11:38 | 🚩 |
| Gvozde | 10:18 | 🚩 |
| MÖNÖCHRÖME 伝説の | 09:52 | 🚩 |
| Jarki | 09:52 | 🚩 |
| give me your fucking money | 09:16 | 🚩 |
| shengge | 09:05 | 🚩 |
| Bliss | 08:47 | 🚩 |
| Let you Down | 08:44 | 🚩 |
| OG Sinerra? | 07:56 | 🚩 |
| Rake | 07:26 | 🚩 |
| VnaX | 07:04 | 🚩 |
| qSo | 06:59 | 🚩 |
| MACS | 06:58 | 🚩 |

| # | Player | Time |
|---|--------|------|
| 9 | Scuadush | 241:15 |
| 10 | WHO AM I ?!?! | 240:33 |

View More

## Player Log  Past 30 Minutes   Full history

**FarKley**                                a few seconds ago
Joined: 9:50 PM   Left: Still online

**N E V E R**                              a few seconds ago
Joined: 9:50 PM   Left: Still online

**boomhaha9056**                           a minute ago
Joined: 9:50 PM   Left: Still online

**nnkuzechka**                             a minute ago
Joined: 9:50 PM   Left: Still online

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Propane Tank | 06:43 | 🚩 |
| INVEST IN TESLA | 06:39 | 🚩 |
| Big Bram | 06:26 | 🚩 |
| плейбой пипка | 06:13 | 🚩 |
| RitualSlayer | 06:09 | 🚩 |
| NIGHT小声点bloodrust | 06:06 | 🚩 |
| Carsten Nielsen | 05:54 | 🚩 |
| Walddragon | 05:28 | 🚩 |
| pedro | 05:26 | 🚩 |
| BLOODY_SNIPER | 05:05 | 🚩 |
| RS | Stamin-Up | 04:56 | 🚩 |
| [BLFM] ?Shainy_FPS? | 04:52 | 🚩 |

**Hima**                                      a minute ago
Joined: 9:50 PM   Left: Still online

**Aemov^) #grand-rust**                       a minute ago
Joined: 9:50 PM   Left: Still online

**Suyzzik**                                   a minute ago
Joined: 9:50 PM   Left: Still online

**я не такой..**                              a minute ago
Joined: 9:50 PM   Left: Still online

★ **Hallo**                                   a minute ago
Joined: 9:50 PM   Left: Still online

**Yusif rust**                                2 minutes ago
Joined: 9:50 PM   Left: Still online

**Show more**

| Name | Play time | |
|------|-----------|---|
| Bank | 04:48 | 🏳 |
| Gadzilla | 04:47 | 🏳 |
| Cheekman | 04:44 | 🏳 |
| Numéro 13 | 04:42 | 🏳 |
| Тимофей Баженов | 04:35 | 🏳 |
| LapLan | 04:34 | 🏳 |
| Emily | 04:33 | 🏳 |
| Himimakura | 04:32 | 🏳 |
| -=HardCore=- | 04:32 | 🏳 |
| dirty wine | 04:32 | 🏳 |
| Гнилой Bazar | 04:32 | 🏳 |
| VsaDn1k | 04:31 | 🏳 |
| [smd]!gOspozha | 04:31 | 🏳 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Seouyticate | 04:28 | 🏳 |
| Bodya | 04:25 | 🏳 |
| Титька | 04:24 | 🏳 |
| ГЕЙко | 04:23 | 🏳 |
| ATOMA ᵈᶻ | 04:21 | 🏳 |
| TarTii_^ | 04:13 | 🏳 |
| Bristol | 04:05 | 🏳 |
| Skjilin | 03:48 | 🏳 |
| Mayor of Wapplertown | 03:39 | 🏳 |
| MYYY$0 | 03:39 | 🏳 |
| vporio | 03:38 | 🏳 |
| £ℰKS⁂ℂK | 03:36 | 🏳 |
| Fuc u | 03:30 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| BABAKANUSH | 03:29 | 🚩 |
| сиська | 03:29 | 🚩 |
| ^^ | 03:27 | 🚩 |
| yobama | 03:25 | 🚩 |
| Equalizer | 03:24 | 🚩 |
| ---Невезучий--- | 03:22 | 🚩 |
| Batya 7777 | 03:22 | 🚩 |
| [OGUZKI]жопастый | 03:20 | 🚩 |
| ~e~[GhostDivision] Elly | 03:18 | 🚩 |
| sonicb9 | 03:11 | 🚩 |
| Lenin | 03:09 | 🚩 |
| ~d~[GhostDivision]PriestHunter | 03:08 | 🚩 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Solo | 03:08 | 🚩 |
| .meme vladixxxk | 03:07 | 🚩 |
| .meme xD1abl0 #bandit.camp | 03:06 | 🚩 |
| .meme Slayn | 03:06 | 🚩 |
| savazř smoking opps | 03:05 | 🚩 |
| zwellow | 03:05 | 🚩 |
| Dragon | 03:04 | 🚩 |
| ETX | 02:59 | 🚩 |
| .meme Magic | 02:59 | 🚩 |
| .meme LackRest | 02:59 | 🚩 |
| E.X.I.T | 02:59 | 🚩 |
| Ped(r)o bear | 02:57 | 🚩 |
| AYKA | 02:55 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| .meme fREZEr | 02:53 | 🏳 |
| Dasiu | 02:51 | 🏳 |
| bwz | 02:50 | 🏳 |
| .meme ⬛Акулёнок⬛ ⬛ | 02:50 | 🏳 |
| Aki | 02:48 | 🏳 |
| Migi | 02:48 | 🏳 |
| Senpai [YuY] | 02:44 | 🏳 |
| [MD]Чепух | 02:43 | 🏳 |
| kvl | 02:43 | 🏳 |
| Xattab | 02:43 | 🏳 |
| Ꮆ丮ﾊᏐ丂ㄒ丮 | 02:43 | 🏳 |
| Wiggles | 02:38 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| flooo | 02:38 | 🚩 |
| grub | 02:36 | 🚩 |
| [10cm] Small penis | 02:36 | 🚩 |
| Matlarek | 02:33 | 🚩 |
| Grosty | 02:33 | 🚩 |
| Ottoman1907 ☪☆ | 02:33 | 🚩 |
| Raven #bwrust | 02:31 | 🚩 |
| InsaneDANK72 | 02:31 | 🚩 |
| MrBlackWolf15 | 02:28 | 🚩 |
| Atlas | 02:28 | 🚩 |
| HAZ3 D3R K3D | 02:26 | 🚩 |
| pauper | 02:25 | 🚩 |
| 谁杀了我同性恋cobaltlab.t | 02:23 | 🚩 |

| Name | Play time | |
|------|-----------|---|
| FMXSTATS | 02:23 | 🏳 |
| AleXanDroS | 02:21 | 🏳 |
| Mihai_RPG | 02:18 | 🏳 |
| Molodoy_Ruster#summer | 02:18 | 🏳 |
| 687 | 02:16 | 🏳 |
| $$Demented$$ | 02:14 | 🏳 |
| Dedula#bloodrust | 02:13 | 🏳 |
| Bond00914 | 02:13 | 🏳 |
| ПЕЛЬМЕНИ+МАЗИК | 02:13 | 🏳 |
| Spexy | 02:12 | 🏳 |
| BAD_PANDA | 02:09 | 🏳 |
| Fella 5 | 02:08 | 🏳 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
| --- | --- | --- |
| RedEmbers | 02:07 | 🚩 |
| МИСТЕР ЛЯГУШКИНС | 02:07 | 🚩 |
| ViToS | 02:06 | 🚩 |
| Vanquertnt | 02:05 | 🚩 |
| GB_alc4trzz | 02:04 | 🚩 |
| FR - Chelly104 | 02:02 | 🚩 |
| DeDys | 02:02 | 🚩 |
| Lorex | 02:02 | 🚩 |
| TS-pan | 02:00 | 🚩 |
| NYAD | $$¤$$ | 02:00 | 🚩 |
| StyX | 01:59 | 🚩 |
| TBC. Mason bandit.camp | 01:59 | 🚩 |
| Crossf1re | 01:59 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| demaNer | 01:58 | 🚩 |
| dantes | 01:58 | 🚩 |
| MacaPapazz | 01:57 | 🚩 |
| JIMMY | 01:57 | 🚩 |
| РАВШАН | 01:57 | 🚩 |
| иван мотыга | 01:56 | 🚩 |
| НАПЕРСТО4ЕК | 01:56 | 🚩 |
| lemor2010 | 01:55 | 🚩 |
| NescafeGold | 01:55 | 🚩 |
| wersus8 | 01:54 | 🚩 |
| 缓冲区163 | 01:54 | 🚩 |
| EBK | 01:54 | 🚩 |
| -sh1nzy | 01:54 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| schnitzel | 01:53 | 🚩 |
| PatriotGR | 01:53 | 🚩 |
| Sir Charles thy 3rd | 01:53 | 🚩 |
| ScottishGoliath | 01:52 | 🚩 |
| DaddyD | 01:52 | 🚩 |
| Blyzka | 01:52 | 🚩 |
| Катя | 01:52 | 🚩 |
| Chujova | 01:49 | 🚩 |
| KarmaPoliec | 01:49 | 🚩 |
| x-SNIPER-x92 | 01:48 | 🚩 |
| ChellaDk89 | 01:48 | 🚩 |
| 25 см | 01:48 | 🚩 |

| Name | Play time | |
|------|-----------|---|
| Qupapik™ #ИщуТиму | 01:48 | 🚩 |
| wesly | 01:47 | 🚩 |
| ДЖАМШУТ | 01:47 | 🚩 |
| Storm | 01:47 | 🚩 |
| Bobby Olsen | 01:45 | 🚩 |
| VeNoM | 01:45 | 🚩 |
| FocuS bandit.camp | 01:45 | 🚩 |
| Rollandill999 | 01:45 | 🚩 |
| Mr. Hamster #magicrust | 01:44 | 🚩 |
| .demon | 01:43 | 🚩 |
| russian_babka | 01:43 | 🚩 |
| حمزة تا مير | 01:43 | 🚩 |
| Kouno | 01:42 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| 始終係黑色嘅 | 01:42 | 🏳 |
| Cheff9 | 01:41 | 🏳 |
| snox bandit.camp | 01:41 | 🏳 |
| Фрейзи Крог | 01:41 | 🏳 |
| bogdamn | 01:41 | 🏳 |
| Дима-Перфоратор | 01:40 | 🏳 |
| Nithfer | 01:40 | 🏳 |
| Rriend | 01:40 | 🏳 |
| murØkai | 01:40 | 🏳 |
| Qunix | 01:40 | 🏳 |
| Godparker | 01:40 | 🏳 |
| Pyciu banditcamp.com | 01:39 | 🏳 |

2/2/24, 4:51 PM                           RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| PoP.Rifboy__R | 01:38 | ⚑ |
| 𝔰𝔢𝔫𝔦𝔬𝔯 | 01:38 | ⚑ |
| Maestro | 01:38 | ⚑ |
| 123 | 01:38 | ⚑ |
| СенкоБатон | 01:37 | ⚑ |
| Уродец bandit.camp | 01:37 | ⚑ |
| бакУГанлУНИтЮНс | 01:36 | ⚑ |
| ImBobbyMum | 01:35 | ⚑ |
| Сокиаблэ | 01:35 | ⚑ |
| hi | 01:35 | ⚑ |
| PATRIKBANE89 | 01:34 | ⚑ |
| САНЯ МАГАРЫЧ | 01:34 | ⚑ |
| [Only] ПСИХ | 01:33 | ⚑ |

| Name | Play time | |
|------|-----------|---|
| trustm3 | 01:33 | 🏳 |
| Paathurnax00 | 01:32 | 🏳 |
| s3t0 | 01:32 | 🏳 |
| juniorsi103011 | 01:32 | 🏳 |
| ТехноПаровоз | 01:31 | 🏳 |
| Kobi | 01:31 | 🏳 |
| jackhammer#bloodrust | 01:30 | 🏳 |
| МАМ ЙА ФЕЯ | 01:30 | 🏳 |
| stewie wiffin | 01:29 | 🏳 |
| Davos Seaworth | 01:29 | 🏳 |
| XRel1X | 01:28 | 🏳 |
| Kruldar bandit.camp | 01:28 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| 👀 fuckingbad👀 | 01:27 | 🏳 |
| Bob Ross | 01:27 | 🏳 |
| TiMooN | 01:27 | 🏳 |
| З Корочки | 01:26 | 🏳 |
| NeLuN | 01:25 | 🏳 |
| Esiwel | 01:24 | 🏳 |
| Старый | 01:24 | 🏳 |
| Moon22 Pu$$y | 01:23 | 🏳 |
| Dariy | 01:23 | 🏳 |
| [SOW] Ytefi | 01:23 | 🏳 |
| BABIDJO | 01:23 | 🏳 |
| MALFOY | 01:23 | 🏳 |
| RedBull | 01:23 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| ХУЙСАСОТА | 01:23 | 🚩 |
| jorelhopes | 01:22 | 🚩 |
| Clitoris | 01:22 | 🚩 |
| Axeman | 01:21 | 🚩 |
| Матис | 01:21 | 🚩 |
| Holodilnik #grandrust | 01:20 | 🚩 |
| NeYaR1 | 01:20 | 🚩 |
| Lil Ham | 01:19 | 🚩 |
| . | 01:19 | 🚩 |
| Yeschapshkii bandit.camp | 01:19 | 🚩 |
| БОТ СТАС | 01:19 | 🚩 |
| erl | 01:19 | 🚩 |
| лИнивый Ререг | 01:18 | 🚩 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Melanin | 01:18 | 🏳 |
| BoriskaaaR8 | 01:17 | 🏳 |
| paMe bandit.camp | 01:16 | 🏳 |
| you suck | 01:16 | 🏳 |
| deboshir mamash | 01:16 | 🏳 |
| fa123 | 01:15 | 🏳 |
| Vlkoun | 01:15 | 🏳 |
| atheist. | 01:15 | 🏳 |
| DINMAMMA69 | 01:15 | 🏳 |
| Pepik48 | 01:15 | 🏳 |
| JustMatej | 01:15 | 🏳 |
| cjm | 01:14 | 🏳 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| 120KgABSOLUT | 01:14 | 🚩 |
| ENZI | 01:14 | 🚩 |
| TITES | 01:14 | 🚩 |
| Чёртова шлюха | 01:13 | 🚩 |
| 蟹先生 | 01:13 | 🚩 |
| 被你杀了，但不是被你 | 01:12 | 🚩 |
| Bean021 #Lazurus | 01:12 | 🚩 |
| HetzerCZ | 01:12 | 🚩 |
| Eblade | 01:12 | 🚩 |
| slyn 2 | 01:12 | 🚩 |
| завтра за АТБ | 01:11 | 🚩 |
| tachkov | 01:11 | 🚩 |
| Boldur | 01:11 | 🚩 |

2/2/24, 4:51 PM                          RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| NeoLDN | 01:11 | 🚩 |
| [zalupa] | 01:11 | 🚩 |
| RPG | 01:10 | 🚩 |
| tammo | 01:10 | 🚩 |
| Navaras | 01:10 | 🚩 |
| r1axx0n4 | 01:10 | 🚩 |
| Larsouil94 | 01:10 | 🚩 |
| guts | 01:10 | 🚩 |
| Tacticalboss #Lazarus | 01:10 | 🚩 |
| Hi am Bob Mom | 01:10 | 🚩 |
| [GREEN]spyer | 01:10 | 🚩 |
| Neydas_ | 01:10 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| W1ldcard | 01:10 | |
| RageNarko | 01:09 | |
| DJAY | 01:09 | |
| A1den | 01:09 | |
| TacticalWipeout #lazarus | 01:08 | |
| чувачек | 01:08 | |
| xShein | 01:07 | |
| бобр добр | 01:07 | |
| hoho | 01:07 | |
| REVERSE; | 01:06 | |
| Женя про дотку | 01:06 | |
| Mike | 01:06 | |
| PipeKing | 01:06 | |

2/2/24, 4:51 PM                              RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| hUNGRY fAT cHICK | 01:06 | 🏳 |
| Mr.Banana | 01:06 | 🏳 |
| molchanovaoktyabrina94 | 01:05 | 🏳 |
| Bill Collector 2 | 01:05 | 🏳 |
| iamiamiamiamiam | 01:05 | 🏳 |
| The Lemon from Walmart | 01:04 | 🏳 |
| Vert | 01:04 | 🏳 |
| GONELLs | 01:04 | 🏳 |
| малой | 01:03 | 🏳 |
| Carnage | 01:03 | 🏳 |
| Willow | 01:03 | 🏳 |
| ярослав лопата | 01:02 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
| --- | --- | --- |
| MAG-ANDA | 01:02 | ⚑ |
| Chesmond | 01:02 | ⚑ |
| Ofcâs | 01:01 | ⚑ |
| [DLLS] t o x i c | 01:01 | ⚑ |
| Desperado | 01:01 | ⚑ |
| Betman tvoei mamo4ki | 01:01 | ⚑ |
| aygıt kocaman | 01:00 | ⚑ |
| GrizzlyJim | 01:00 | ⚑ |
| Alfa Bıcırık | 01:00 | ⚑ |
| Dubby_blast | 01:00 | ⚑ |
| Flick | 01:00 | ⚑ |
| R1P | 01:00 | ⚑ |
| сьебался в лобби) | 01:00 | ⚑ |

2/2/24, 4:51 PM                          RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Blazed Bust | 00:59 | |
| Nycroo | 00:59 | |
| omg NeiiZ | 00:59 | |
| BigDrew69 | 00:59 | |
| S1EMK4 | 00:58 | |
| SB-merouane | 00:58 | |
| Capybara | 00:58 | |
| [RS]BC РФ | 00:58 | |
| MoonMan | 00:58 | |
| валентин | 00:58 | |
| 4u4ezz | 00:57 | |
| bigcoke | 00:57 | |
| TSparkle | 00:57 | |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| beren. Kawa Co | 00:57 | 🏴 |
| mog SPARTAN | 00:57 | 🏴 |
| makkol赤い夜 | 00:57 | 🏴 |
| badonkadonk | 00:57 | 🏴 |
| waidar | 00:56 | 🏴 |
| luie | 00:56 | 🏴 |
| Gaba Lama rockethub.gg | 00:56 | 🏴 |
| gary the retard | 00:56 | 🏴 |
| nebzzz. | 00:56 | 🏴 |
| GamerGirl ;3 | 00:56 | 🏴 |
| B_A_R_A_N_K_A | 00:56 | 🏴 |
| MADNESS | 00:55 | 🏴 |

| Name | Play time | |
|------|-----------|---|
| Margarita Tugboat | 00:55 | 🚩 |
| Zion | 00:55 | 🚩 |
| factuallama604 | 00:54 | 🚩 |
| ❤ Woodlight ❤ | 00:54 | 🚩 |
| Nanukacek | 00:53 | 🚩 |
| JonNeves | 00:53 | 🚩 |
| Pumba | 00:53 | 🚩 |
| DomaMaster bandit.camp | 00:53 | 🚩 |
| Stoned Lemur | 00:52 | 🚩 |
| kurumi | 00:52 | 🚩 |
| Rezy | 00:52 | 🚩 |
| YT_silverxd | 00:52 | 🚩 |
| DerTodesLauch | 00:52 | 🚩 |

| Name | Play time | |
|------|-----------|---|
| Лёха Дизель | 00:51 | 🏳 |
| Floven | 00:51 | 🏳 |
| kunilover | 00:51 | 🏳 |
| xxxmanera | 00:51 | 🏳 |
| kokoog7 | 00:51 | 🏳 |
| kakat᾿ enjoyer | 00:51 | 🏳 |
| lunam potato | 00:51 | 🏳 |
| warzi | 00:50 | 🏳 |
| LUMATER♀⚠ | 00:50 | 🏳 |
| снюсоед | 00:50 | 🏳 |
| SHAHR | 00:50 | 🏳 |
| даня мамут рахал | 00:50 | 🏳 |

| Name | Play time | |
|------|-----------|---|
| Smakulajdaska | 00:50 | 🏳 |
| BigBoi | 00:49 | 🏳 |
| John Cena banditcamp.com | 00:49 | 🏳 |
| YourMommy bandit.camp | 00:49 | 🏳 |
| Beamin' | 00:48 | 🏳 |
| big sendy | 00:48 | 🏳 |
| 🥁🥁 mlp🥁🥁 | 00:48 | 🏳 |
| Anxities | 00:48 | 🏳 |
| Ossmanenko_ | 00:48 | 🏳 |
| [QL]MuccDopa | 00:48 | 🏳 |
| papiking4231 | 00:48 | 🏳 |
| gaviaox | 00:48 | 🏳 |
| KULER | 00:48 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| AA2qsP | 00:48 | 🏳 |
| Launch Site Demon | 00:48 | 🏳 |
| TKM.macteur1 | 00:47 | 🏳 |
| просто кокмк#ggrust.r | 00:47 | 🏳 |
| flayn1x | 00:47 | 🏳 |
| Kachebamba | 00:47 | 🏳 |
| insta_xd_Txbi | 00:47 | 🏳 |
| trixks bandit.camp | 00:47 | 🏳 |
| steenberg | 00:47 | 🏳 |
| Clapped_by_ak | 00:46 | 🏳 |
| mQ|Reborn | 00:46 | 🏳 |
| pika | 00:46 | 🏳 |

2/2/24, 4:51 PM                     RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Пумба | 00:46 | ⚑ |
| SP** | 00:46 | ⚑ |
| Виктор Петрович | 00:46 | ⚑ |
| Cr1ns | 00:46 | ⚑ |
| quiner | 00:46 | ⚑ |
| Xethanoally | 00:46 | ⚑ |
| Adam Ciwryj | 00:46 | ⚑ |
| chocolate | 00:46 | ⚑ |
| mishub | 00:46 | ⚑ |
| .ence КОТЭ | 00:45 | ⚑ |
| ookoleg | 00:45 | ⚑ |
| 『Hano』 nono 16 ™ [Uranium] | 00:45 | ⚑ |
| 2D | 00:45 | ⚑ |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| ixexexei | 00:45 | 🚩 |
| оболтус | 00:45 | 🚩 |
| Rykerj | 00:45 | 🚩 |
| LazySurvivor | 00:44 | 🚩 |
| CULUBKA | 00:44 | 🚩 |
| sowoo satch | 00:44 | 🚩 |
| Utsukay | 00:44 | 🚩 |
| Snowman ☃ | 00:44 | 🚩 |
| sigmoid | 00:43 | 🚩 |
| Shura's property | 00:43 | 🚩 |
| буц бам бум | 00:43 | 🚩 |
| andrew tat | 00:43 | 🚩 |

| Name | Play time | |
|------|-----------|---|
| moshny | 00:43 | 🚩 |
| Drooliet | 00:43 | 🚩 |
| jester | 00:43 | 🚩 |
| TOKETO | 00:42 | 🚩 |
| jimmeh | 00:42 | 🚩 |
| s1gma | 00:42 | 🚩 |
| dikov<3.#RUSTBOX | 00:42 | 🚩 |
| vancly | 00:42 | 🚩 |
| hui sosi guboi tryasi | 00:42 | 🚩 |
| Cookie | 00:41 | 🚩 |
| Bot - 1 | 00:41 | 🚩 |
| Superma | 00:41 | 🚩 |
| BIBA PIZDUK | 00:41 | 🚩 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| LAMBADA | 00:41 | 🏳 |
| [ IT`S ] Umpik#LibertyRust | 00:41 | 🏳 |
| beamin.exe | 00:41 | 🏳 |
| GrosPorcDuMcDo | 00:41 | 🏳 |
| P0rteleums | 00:41 | 🏳 |
| InIxFt | 00:40 | 🏳 |
| ʊˢ | 00:40 | 🏳 |
| Kriyus | 00:40 | 🏳 |
| Mex | 00:40 | 🏳 |
| VN.[banditcamp.com]РОЗОВЫ | 00:39 | 🏳 |
| бульба завр | 00:39 | 🏳 |
| BebruLizdas banditcamp.com | 00:39 | 🏳 |
| AnymaleGamer | 00:39 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| 『Hano』NoKK™ | 00:39 | 🚩 |
| SASHИK#LibertyRust | 00:39 | 🚩 |
| Гусь | 00:39 | 🚩 |
| Syd | 00:38 | 🚩 |
| Gienio:D | 00:38 | 🚩 |
| rosman312 | 00:38 | 🚩 |
| Henning Primdahl | 00:38 | 🚩 |
| 123 | 00:38 | 🚩 |
| delock#sunfire | 00:38 | 🚩 |
| denis | 00:38 | 🚩 |
| Do Nick? | 00:38 | 🚩 |
| Jonko | 00:38 | 🚩 |

2/2/24, 4:51 PM                                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
| --- | --- | --- |
| Shady | 00:38 | 🚩 |
| Traika bandit.camp | 00:38 | 🚩 |
| Parakloss<3 | 00:38 | 🚩 |
| vejar | 00:37 | 🚩 |
| MeGa_by | 00:37 | 🚩 |
| bubble | 00:37 | 🚩 |
| --J.O.J-- | 00:37 | 🚩 |
| TİMUR bandit.camp | 00:37 | 🚩 |
| GanjalfTheGreen | 00:37 | 🚩 |
| aljoker_888 | 00:36 | 🚩 |
| FR MELLE | 00:36 | 🚩 |
| Jasper | 00:36 | 🚩 |
| Fatboyfatmoney | 00:36 | 🚩 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Frax | 00:35 | 🏳 |
| Pembs Boi | 00:35 | 🏳 |
| yyz0 | 00:35 | 🏳 |
| HM. нетяф | 00:35 | 🏳 |
| silentmanfzsarx | 00:34 | 🏳 |
| Minichiefnthat | 00:34 | 🏳 |
| Vector | 00:34 | 🏳 |
| членодробитель3000 | 00:34 | 🏳 |
| Grigorii Sergeevich | 00:34 | 🏳 |
| jamie_mcinnes | 00:34 | 🏳 |
| Jarl Gato | 00:33 | 🏳 |
| Gyattt | 00:33 | 🏳 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Yebo ツ | 00:33 | 🏳 |
| MisterBombastic | 00:33 | 🏳 |
| Homer | 00:33 | 🏳 |
| Nakedfather | 00:32 | 🏳 |
| JBE-Litreb | 00:32 | 🏳 |
| !$!CHIA AND BTC!$! | 00:32 | 🏳 |
| latinalover51 | 00:32 | 🏳 |
| Super good farmer man | 00:32 | 🏳 |
| Dimasik | 00:32 | 🏳 |
| Teddy | 00:31 | 🏳 |
| [LINK] || iLag2Much | 00:31 | 🏳 |
| Hotdog mit Hund | 00:31 | 🏳 |
| Lauriton | 00:31 | 🏳 |

2/2/24, 4:51 PM                              RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Minicopter | 00:31 | ⚑ |
| Balerina^^ | 00:31 | ⚑ |
| Art_Studio | 00:30 | ⚑ |
| prhodann | 00:30 | ⚑ |
| 123 | 00:30 | ⚑ |
| maska#LibertyRust | 00:30 | ⚑ |
| TYTAHXAMOH | 00:30 | ⚑ |
| 1ntegrale | 00:30 | ⚑ |
| HydrateTTVENARDO.gg | 00:30 | ⚑ |
| 1019 | 00:30 | ⚑ |
| Xavirulo10 | 00:30 | ⚑ |
| modzo banditcamp.com | 00:29 | ⚑ |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| 내가 당신을 죽일 것이 | 00:29 | 🏳 |
| frogman | 00:29 | 🏳 |
| LeCroxFR | 00:29 | 🏳 |
| 51 \| Thomas | 00:29 | 🏳 |
| martingales | 00:29 | 🏳 |
| WayKuN | 00:29 | 🏳 |
| wzqxx | 00:29 | 🏳 |
| Afmine | 00:29 | 🏳 |
| SPANKY | 00:29 | 🏳 |
| 你可怕的 | 00:29 | 🏳 |
| KABA | 00:28 | 🏳 |
| Yas | 00:28 | 🏳 |
| Voldemort | 00:28 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Ness.gt86 | 00:28 | 🚩 |
| ЛУЧШАЯ 5-КА ДОТЫ | 00:28 | 🚩 |
| 我不是那样的 | 00:27 | 🚩 |
| PBrown | 00:27 | 🚩 |
| Sam Sulek | 00:27 | 🚩 |
| franmartinez13 | 00:27 | 🚩 |
| водка тундра | 00:27 | 🚩 |
| [FDB] rustalex2008 | 00:27 | 🚩 |
| Lordek | 00:27 | 🚩 |
| Клоун#ultimaterust | 00:27 | 🚩 |
| kokzy | 00:27 | 🚩 |
| katafal | 00:26 | 🚩 |
| firas | 00:26 | 🚩 |

2/2/24, 4:51 PM                              RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| MorgJizzl | 00:26 | 🚩 |
| Punxburger | 00:26 | 🚩 |
| Cyronix | 00:25 | 🚩 |
| girl on fire | 00:25 | 🚩 |
| spnxxsl | 00:25 | 🚩 |
| COPODENIEVE | 00:25 | 🚩 |
| LilBeamer | 00:25 | 🚩 |
| owen | 00:25 | 🚩 |
| PumP ‖ Westwood | 00:25 | 🚩 |
| xCalimocho | 00:25 | 🚩 |
| Léonidas | 00:24 | 🚩 |
| ncфn5 | 00:24 | 🚩 |

2/2/24, 4:51 PM

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| bread2good4uﾂ | 00:24 | 🏳 |
| Xeadshot | 00:24 | 🏳 |
| Nazar | 00:24 | 🏳 |
| Slam1k | 00:24 | 🏳 |
| dark vador | 00:23 | 🏳 |
| Gastr0 | 00:23 | 🏳 |
| snatch | 00:23 | 🏳 |
| DardSnake | 00:23 | 🏳 |
| TEOWZ | 00:23 | 🏳 |
| YO | 00:23 | 🏳 |
| Karma | 00:23 | 🏳 |
| WTG | 00:23 | 🏳 |
| sheikhNoor | 00:23 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Mister vomen man | 00:23 | ⚑ |
| ajgotbandz | 00:22 | ⚑ |
| MotionMan | 00:22 | ⚑ |
| pKm \| 巨大的脂肪的阴茎 | 00:22 | ⚑ |
| Кукуруза | 00:22 | ⚑ |
| Kekich X5 Dicky | 00:22 | ⚑ |
| TT K LO K bandit.camp | 00:22 | ⚑ |
| [Ñoß] Cookieツ | 00:22 | ⚑ |
| 906-202-4345 | 00:22 | ⚑ |
| Bolo | 00:22 | ⚑ |
| pKm \| 这是结束。 | 00:22 | ⚑ |
| MR_Marius | 00:22 | ⚑ |

| Name | Play time | |
|------|-----------|---|
| f1zix0n | 00:21 | 🏳 |
| мистрсакм | 00:21 | 🏳 |
| Sheriff | 00:21 | 🏳 |
| bobtheun1corn | 00:21 | 🏳 |
| COWBOY | 00:21 | 🏳 |
| hren | 00:21 | 🏳 |
| Axelito | 00:21 | 🏳 |
| KUZAMA;-) | 00:21 | 🏳 |
| мистрсакм | 00:21 | 🏳 |
| ra5omaha | 00:20 | 🏳 |
| WinnerCup | 00:20 | 🏳 |
| ' | 00:20 | 🏳 |
| spice latte | 00:20 | 🏳 |

| Name | Play time | |
|------|-----------|---|
| соло | 00:20 | 🏳 |
| [LD]マトベイ | 00:20 | 🏳 |
| $ALT $NUFF | 00:20 | 🏳 |
| ElGammaYT | 00:20 | 🏳 |
| LLlpatel bandit.camp | 00:20 | 🏳 |
| P&pp& | 00:20 | 🏳 |
| сосу просто так | 00:20 | 🏳 |
| 灰太狼 | 00:19 | 🏳 |
| Wodka Gorbatschow | 00:19 | 🏳 |
| lsmithy01 | 00:19 | 🏳 |
| hhtpf | 00:19 | 🏳 |
| xsmg_67 | 00:19 | 🏳 |

2/2/24, 4:51 PM                          RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Игорь лолексов | 00:19 | 🏳 |
| nintel | 00:19 | 🏳 |
| Мативация | 00:19 | 🏳 |
| wELoN | 00:19 | 🏳 |
| Osama bin Laden | 00:19 | 🏳 |
| AI*VI | 00:18 | 🏳 |
| IM1CA | 00:18 | 🏳 |
| stay bruto | 00:18 | 🏳 |
| xrul | 00:18 | 🏳 |
| Megyamaszek | 00:18 | 🏳 |
| troxy_sexy | 00:18 | 🏳 |
| [euVVS] Korm | 00:17 | 🏳 |
| [W33D]Poupine | 00:17 | 🏳 |

2/2/24, 4:51 PM                     RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| How | 00:17 | 🏴 |
| harrichuelo#DopeRust | 00:17 | 🏴 |
| hojaam | 00:17 | 🏴 |
| AsmrQais | 00:17 | 🏴 |
| YOUR_LAST_RIDE | 00:17 | 🏴 |
| COOKIE MONSTER | 00:17 | 🏴 |
| Zero Two | 00:17 | 🏴 |
| Алтанул#bolotorust | 00:17 | 🏴 |
| [Chxd] Nikita Lacoste | 00:17 | 🏴 |
| Orthurix | 00:17 | 🏴 |
| abc #magixrust | 00:17 | 🏴 |
| Bierbauch | 00:17 | 🏴 |
| MaDe in CCCP | 00:17 | 🏴 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| winton | 00:17 | 🚩 |
| | | |
| Quandale Dingle | 00:17 | 🚩 |
| mulies | 00:16 | 🚩 |
| geonx121 | 00:16 | 🚩 |
| Jaytheunderdog | 00:16 | 🚩 |
| Дядя сережа | 00:16 | 🚩 |
| ЧЕЧЕН | 00:16 | 🚩 |
| лысый волос | 00:16 | 🚩 |
| DJANGO | 00:15 | 🚩 |
| Donquavious | 00:15 | 🚩 |
| ne m°0na | 00:15 | 🚩 |
| mkhlvc | 00:15 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Kyronix | 00:15 | 🚩 |
| Niki3DDD | 00:15 | 🚩 |
| SpKrZ_BeAu | 00:15 | 🚩 |
| —(••÷[ 𝕄ℝ𝕊𝑎𝑛 | 00:14 | 🚩 |
| FullyCryptic | 00:14 | 🚩 |
| ??? | 00:14 | 🚩 |
| 3ton | 00:14 | 🚩 |
| Tiktok.Mk123 | 00:14 | 🚩 |
| wolfschadow#5749 | 00:14 | 🚩 |
| Blacko | 00:14 | 🚩 |
| DeCapricio | 00:14 | 🚩 |
| naked | 00:14 | 🚩 |
| MADxSmoker | 00:14 | 🚩 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| [™] Labaza | 00:14 | 🚩 |
| Bartion1 | 00:14 | 🚩 |
| Rust console guy | 00:14 | 🚩 |
| Sheeapwoaker bandit.camp | 00:13 | 🚩 |
| GNF \| Limp | 00:13 | 🚩 |
| OTA FREAK | 00:13 | 🚩 |
| sex | 00:13 | 🚩 |
| Jay | 00:13 | 🚩 |
| SIREN | 00:13 | 🚩 |
| Fucy | 00:13 | 🚩 |
| gg_ezz | 00:13 | 🚩 |
| Emily Bankai | 00:13 | 🚩 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Kenziaczekk | 00:13 | 🚩 |
| joldham0465 | 00:13 | 🚩 |
| 10AGE | 00:12 | 🚩 |
| 黄帝 | 00:12 | 🚩 |
| Zapatito 420 | 00:12 | 🚩 |
| El_Cokoloko | 00:12 | 🚩 |
| The catgirl | 00:12 | 🚩 |
| Cesharskiy | 00:12 | 🚩 |
| 女の子 m3lissa · | 00:12 | 🚩 |
| hakam.zozo123 | 00:12 | 🚩 |
| ОЧКОРАЗРЫВАТЕЛЬ | 00:12 | 🚩 |
| мистер понос | 00:11 | 🚩 |
| TrappersUnited4397 | 00:11 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| 黑暗 | 00:11 | 🏴 |
| predator neam | 00:11 | 🏴 |
| GAC | 00:11 | 🏴 |
| Nenee | 00:11 | 🏴 |
| darkapo | 00:11 | 🏴 |
| Walter White | 00:11 | 🏴 |
| ZeRoFPS bandit.camp | 00:11 | 🏴 |
| そSky | 00:11 | 🏴 |
| [BLFM] $alvador | 00:11 | 🏴 |
| ALEKSENOK | 00:11 | 🏴 |
| AlexShaft ☠ | 00:11 | 🏴 |
| I.S.A JImpix | 00:11 | 🏴 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Kareklas | 00:10 | 🏳 |
| Pildora420 | 00:10 | 🏳 |
| aLRo96 | 00:10 | 🏳 |
| qqw | 00:10 | 🏳 |
| Levitate | 00:10 | 🏳 |
| livenheit | 00:10 | 🏳 |
| J94 | 00:10 | 🏳 |
| CRIEDHEDID | 00:10 | 🏳 |
| sickleberry | 00:10 | 🏳 |
| asquseX21d | 00:10 | 🏳 |
| jekka | 00:10 | 🏳 |
| WidoW | 00:10 | 🏳 |
| Babysatan | 00:10 | 🏳 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Fharmid | 00:10 | 🏳 |
| throw down your tears | 00:10 | 🏳 |
| Lord Wilhelm II | 00:09 | 🏳 |
| Bugafu | 00:09 | 🏳 |
| No.1 Best | 00:09 | 🏳 |
| Tukuwuanka bandit.camp | 00:09 | 🏳 |
| Milintip  x Acan夢 | 00:09 | 🏳 |
| rooinek | 00:09 | 🏳 |
| Калашист74 | 00:09 | 🏳 |
| 你这个混蛋 | 00:09 | 🏳 |
| VENOM | 00:09 | 🏳 |
| GG | 00:08 | 🏳 |
| MelonMuncher.Jr | 00:08 | 🏳 |

2/2/24, 4:51 PM                          RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| BAZYKA322 | 00:08 | |
| rain all day drugs all night | 00:08 | |
| Treqres | 00:08 | |
| Iceman56036 | 00:08 | |
| Fertiner | 00:07 | |
| SVT Mackis | 00:07 | |
| debbie | 00:07 | |
| African Rebel#YallNabsⱭ | 00:07 | |
| lulu banditcamp.com | 00:07 | |
| Welo ya toper) | 00:07 | |
| Magiik | 00:07 | |
| Marador2663 | 00:07 | |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Dragonko | 00:07 | 🏳 |
| piskaglot77 | 00:06 | 🏳 |
| HOCA7 | 00:06 | 🏳 |
| Je t'aime | 00:06 | 🏳 |
| MT \| sesialex | 00:06 | 🏳 |
| Super slav 74 | 00:06 | 🏳 |
| klearm | 00:06 | 🏳 |
| MT \| Nubiska | 00:06 | 🏳 |
| 哈薩克語 | 00:06 | 🏳 |
| ejskovgleb | 00:06 | 🏳 |
| pazarinyo | 00:06 | 🏳 |
| TheDevilGTA | 00:06 | 🏳 |
| Bandit.camp #RustyLoot | 00:06 | 🏳 |

| Name | Play time | |
|------|-----------|---|
| xZitu™ | 00:05 | |
| Big boy | 00:05 | |
| XIngxing | 00:05 | |
| 1 | 00:05 | |
| BratZna | 00:05 | |
| SHARK | 00:05 | |
| wow | 00:05 | |
| Joe | 00:05 | |
| lolik | 00:05 | |
| Bob_001k | 00:05 | |
| OPER | 00:05 | |
| САНЯ ТЫ МОЙ ЛУЧШИ | 00:05 | |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| aalleexx03 | 00:04 | 🚩 |
| Andrew | 00:04 | 🚩 |
| oksana2015 | 00:04 | 🚩 |
| pete2andersen | 00:04 | 🚩 |
| joshie.enardo.gg | 00:04 | 🚩 |
| Skunk | 00:04 | 🚩 |
| ⚓CRAZY#♔KILLER⚓ | 00:04 | 🚩 |
| AUE | 00:04 | 🚩 |
| zxcv | 00:04 | 🚩 |
| locked | 00:04 | 🚩 |
| rustylife 5562525 | 00:04 | 🚩 |
| Maurice | 00:03 | 🚩 |
| Maxito | 00:03 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| SOUKA ツ | 00:03 | 🚩 |
| kl46 | 00:03 | 🚩 |
| princess | 00:03 | 🚩 |
| Rize | 00:03 | 🚩 |
| Jonny | 00:03 | 🚩 |
| ramus | 00:03 | 🚩 |
| TaQuiX❀ | 00:03 | 🚩 |
| [TPR]Kartozka_inside 1000-7 | 00:02 | 🚩 |
| Gisho | 00:02 | 🚩 |
| Jan | 00:02 | 🚩 |
| luigi | 00:02 | 🚩 |
| Sheepman | 00:02 | 🚩 |

RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| Temple Grandin | 00:02 | 🏳 |
| хахрид | 00:02 | 🏳 |
| エゴイスト | 00:02 | 🏳 |
| absolute сосочек | 00:02 | 🏳 |
| Yusif rust | 00:02 | 🏳 |
| Hallo | 00:01 | 🏳 |
| Aemov^) #grand-rust | 00:01 | 🏳 |
| Suyzzik | 00:01 | 🏳 |
| я не такой.. | 00:01 | 🏳 |
| Hima | 00:01 | 🏳 |
| nnkuzechka | 00:01 | 🏳 |
| boomhaha9056 | 00:01 | 🏳 |
| FarKley | 00:01 | 🏳 |

2/2/24, 4:51 PM                    RustReborn.gg EU - Bedwars | AimTrain | Creative | Arena | FFA - BattleMetrics

| Name | Play time | |
|------|-----------|---|
| NEVER | 00:01 | 🚩 |
| anmucam | 00:01 | 🚩 |
| F1410713 | 00:01 | 🚩 |
| kuzia282 | 00:01 | 🚩 |
| i feel ur fear. | 00:00 | 🚩 |
| дима рыбалка | 00:00 | 🚩 |
| SVT_Oasi123 | 00:00 | 🚩 |
| GouzGouz | 00:00 | 🚩 |
| Scientist | 00:00 | 🚩 |
| Law7 | 00:00 | 🚩 |

© BattleMetrics LLC. All rights reserved. All trademarks are property of their respective owners.

Powered by Steam
Glyphicons used under CC BY 3.0

Contact Us    Add Server    Privacy Policy    Terms of Service    Refund Policy