HANNAH A. BOGEN (SBN 324294)
hannah.bogen@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067-4620
Telephone (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Applicants Path Network, Inc. and Tempest Hosting, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re *Ex Parte* Application of | CASE NO. 3:23-MC-80148-JST |
| Path Network, Inc. and Tempest Hosting, LLC, | **SUPPLEMENTAL DECLARATION OF MARSHAL WEBB IN SUPPORT OF PATH NETWORK INC. AND TEMPEST HOSTING, LLC'S SURREPLY IN RESPONSE TO RENE ROOSEN AND GAME SERVER KING'S REPLY IN SUPPORT OF ITS CORRECTED MOTION TO INTERVENE AND QUASH, MODIFY, OR STAY EXECUTION OF THE SUBPOENA TO DISCORD, INC.** |
| Applicants. | |

I, Marshal Webb, declare as follows:

1.      I am the founder and Chief Executive Officer of Path Network, Inc.  I have been in this role since December 2018.  I make this declaration in support of Path Network, Inc. ("Path") and Tempest Hosting, LLC's ("Tempest") Surreply to Rene Roosen ("Roosen") and Game Server King's ("GSK") Corrected Motion to Intervene and to Quash, Modify, or Stay Execution of the Subpoena to Discord, Inc. ("Motion"; "Opposition").

2.      I work in the same industry as GSK and Roosen – the data and server hosting and leasing industry.  Companies in our industry provide network and computing services to customers, which allows those customers to have an online presence and offer services to their own clients.  In this industry, the identity of a company's customers is publicly available.

3.      The identity of Roosen's (and GSK's) customers can be found at various locations including, but not limited to, the following web addresses: bgp.tools; battlemetrics.com.  On bgp.tools, Roosen's commercial customers' networks (and the identities of those customers) are displayed.  On battlemetrics.com, many of Roosen's individual hosting clients are displayed.

4.      Bgp.tools and battlemetrics.com contain sufficient information to enable a user to contact the listed customer.

5.      Roosen's larger customers appear under the "Downstream" tab of either GSK's page on bgp.tools or that of Cosmic Global, Inc. ("Cosmic Global"), another company owned by Roosen.

6.      Bgp.tools does not list any customers on the "Downstream" tab on GSK's page because on or around December 5, 2023 (shortly after the Court issued its November 22, 2023 order indicating that, subject to minor edits, the Discord Subpoena would be issued), Roosen moved all of his largest customers from GSK to Cosmic Global.

7.      Attached hereto as **Exhibit E** is a true and correct copy of a publicly available website showing when Roosen moved his customers from GSK to Cosmic Global, and showing the identity of those customers.

8.      In addition to Roosen's larger customers, Roosen also has smaller customers who do not own their own IP addresses and would not be found on the "Downstream" tab of GSK's

1

280892313_1

page on bgp.tools. Instead, those customers rent IP address space from Roosen, and those customers can be seen under the "Prefix" section of GSK's page on bgp.tools.

9.     While names are not instantly visible for customers that appear on the "Prefix" section in bgp.tools, the identities of those customers can be found in a variety of ways.  One way is to use the listed IP address to find the domain name for the customer.  This can easily be done by entering the IP address into a website called securitytrails.com, which provides a list of domain names associated with a particular IP address.  The domain name will typically take you directly to the customer's website.  If a customer does not have a domain name, that customer is still identifiable by inputting the IP address into battlemetrics.com, which shows who subleases the IP address (i.e., the customer).

10.     Attached hereto as **Exhibit F** is a true and correct copy of the "Prefix" section of GSK's page on bgp.tools.

11.     Attached hereto as **Exhibit G** is a true and correct copy of pages from the publicly-available website securitytrails.com through which the IP ranges located in the "Prefix" section of GSK's page on bgp.tools can be used to identify its customers.

12.     Attached hereto as **Exhibit H** is a true and correct copy of pages from the publicly-available website battlemetrics.com through which the IP ranges located in the "Prefix" section of GSK's page on bgp.tools can be used to identify customers that do not have domain names.

13.     For the customers whose contact information (phone number, email, etc.) is not shown directly on bgp.tools, battlemetrics.com, or securitytrails.com, that information is readily accessible through other publicly available sources, like online search engines (Google, Yahoo!, etc.) using the information displayed on bgp.tools, battlemetrics.com, and securitytrails.com.

14.     Typically, customers of companies like GSK monetize the server space in some way, including by providing online gaming or website hosting services to clients.  It is exceedingly rare that a customer would choose to configure its software to keep its identity and contact information private.  This is because the customer can only keep its identity private by disconnecting itself from the internet, which eliminates the customer's ability to engage with its

SUPPLEMENTAL DECLARATION OF MARSHAL WEBB

own customers or potential customers, thus prohibiting them from monetizing the server.  This would be roughly equivalent to owning a restaurant that offers food and drink for purchase, but having no signage out front, locking the doors, and concealing the name, location, contact information and hours from the public.  This is particularly true for game server customers (the bulk of GSK's customers), who rely on players finding the games and others with whom to play over the internet.

15.    Virtually all customers in my industry make their identities and contact information accessible on public domains so that they can monetize their businesses.  If a customer chose to conceal its contact information and identity, it would need to take affirmative steps to do so.  This would include configuring its software to not respond to collection from sites like battlemetrics.com.

16.    A customer's use of Discord (or lack thereof) has no effect on whether its identity is identifiable using the methods described above.  Discord is a communication platform that can be used once individuals know or find another, whereas the identity locations and listings described above are necessary to (or unavoidable consequences of) participating in and monetizing the use of the internet.  There is no relationship between the two.  Participation in a private Discord group will not affect or change the content on any of the listings described above, or the ability to find those listings.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.  Executed on April 11, 2024, at Phoenix, Arizona.


_____*Marshal Webb*_____
Marshal Webb

SUPPLEMENTAL DECLARATION OF MARSHAL WEBB

280892313_1

# EXHIBIT E

Solution   Ratings   API   Learn   Blog

 # AS26863

### GAMESERVERKINGS

**6233rd** place in IPv4 score rating

📈 Since last day: +29 position(s)

**?** place in IPv6 score rating

---

Overview

---

Graph

---

Whois

---

**IPv4 Connectivity**                                    ⌄

  BGP Neighbors                                          ⌄

    Providers                                            0

    Customers                                            0

    Peerings                                             0

    Unspecified                                          1

  Prefixes                                               18

**IPv6 Connectivity**                                    ⌄

  BGP Neighbors                                          ⌄

    Providers                                            0

    Customers                                            0

    Peerings                                             0

    Unspecified                                          0

  Prefixes                                               0

---

Internet Exchanges                                       0

---

Security issues                                          ⌄

  Route Leaks                                            0

  Hijacks                                                0

  Bogons                                                 0

  Routing Loops                                          47

  Vulnerable Ports                                       82

  DDoS amplifiers                                        30

---

DOCUMENT 40-1 VERIFIED 04/11/24 tor



Solution    Ratings    API    Learn    Blog

| | AS400758 | CORTAVIS | — | ☰ |
| | AS210697 | SOMETHINGHOST | — | ☰ |
| | AS399838 | VITALGAMENETWORK | — | ☰ |
| | AS213360 | PANDA-AS | — | ☰ |

**Solution**

**Ratings**

**API**

**Learn**

**Blog**

**Czech Republic, Prague:**

Růžová 1416/17, Nové Město, 110 00 Praha 1

+420 602 558 144

mail@qrator.cz

**Media contacts**

press@qrator.net

2024 © Radar - All rights reserved

Privacy policy

Solution    Ratings    API    Learn    Blog

# AS30456

**COSMIC-GLOBAL**

**578th** place in IPv4 score rating
Since last day: +11 position(s)
**446th** place in IPv6 score rating
Since last day: -2 position(s)

| | |
|---|---|
| Overview | |
| Graph | |
| Whois | |
| **IPv4 Connectivity** | ⌄ |
| BGP Neighbors | ⌄ |
| Providers | 3 |
| Customers | 26 |
| Peerings | 4 |
| Unspecified | 9 |
| Prefixes | 15 |
| **IPv6 Connectivity** | ⌄ |
| BGP Neighbors | ⌄ |
| Providers | 2 |
| Customers | 5 |
| Peerings | 2 |
| Unspecified | 0 |
| Prefixes | 2 |
| Internet Exchanges | 3 |
| **Security issues** | ⌄ |
| Route Leaks | 1 |
| Hijacks | 0 |
| Bogons | 0 |
| Routing Loops | 99 |
| Vulnerable Ports | 187 |
| DDoS amplifiers | 9 |

AS30456 > IPv4 Connectivity > BGP Neighbors > Customers        📅 25 AUG 2023 — 11 APR 2024

## IPv4 customers



Solution    Ratings    API    Learn    Blog



| Check out AS | | EXPORT |

**All (26 active)**    New (3)    Left (8)    Unstable (3)

| Country | AS number | AS name | Active now | History |
|---------|-----------|---------|------------|---------|
| 🇳🇱 | AS215370 | WASABI-AS | ✔✔ | ☰ |
| 🇬🇧 | AS200636 | PARAVIRT | ✔✔ | ☰ |
| 🇺🇸 | AS400810 | BREEZETECH | ✔✔ | ☰ |
| 🇬🇧 | AS213349 | OCTOSEC-AS | ✔✔ | ☰ |
| 🇬🇧 | AS204928 | bonsai | ✔✔ | ☰ |
| 🇬🇧 | AS198990 | PINEHOST-NET | ✔✔ | ☰ |
| 🇺🇸 | AS206286 | ONEOF1SERVERS | ✔✔ | ☰ |
| 🇨🇦 | AS400724 | EZPNET | ✔✔ | ☰ |
| 🇬🇧 | AS212027 | PebbleHost | ✔✔ | ☰ |
| 🇬🇧 | AS60841 | BERRYBYTE | ✔✔ | ☰ |

‹    1    2    3    4    ›

Solution   Ratings   API   Learn   Blog

**Ratings**

**API**

**Learn**

**Blog**

**Czech Republic, Prague:**

Růžová 1416/17, Nové Město, 110 00 Praha 1

+420 602 558 144

mail@qrator.cz

**Media contacts**

press@qrator.net

2024 © Radar - All rights reserved

Privacy policy

# EXHIBIT F

## bgp.tools

Start here...

**View** | **Edit**





# Gameserverkings

AS Number **26863**
Website **https://www.gameserverkings.com**

**Overview** | **Prefixes** | **Connectivity** | **Whois**

Prefixes Originated
**18 IPv4, 0 IPv6**

Addresses Originated
**15 /24's of IPv4**
**0 /48's of IPv6**

| Prefix | Description |
|--------|-------------|
| 🇺🇸 🔒 64.40.8.0/24 | Gameserverkings |

| | | | |
|---|---|---|---|
| 🇺🇸 | 🔓 | 64.40.9.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 104.129.132.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 104.129.133.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 104.143.2.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 168.100.160.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 168.100.162.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 168.100.163.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 195.60.167.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 208.52.152.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 208.52.153.0/24 | Gameserverkings |
| 🇺🇸 | ✓ | 216.39.240.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 64.40.8.0/23 | Gameserverkings |
| 🇺🇸 | 🔓 | 104.129.132.0/23 | Gameserverkings |
| 🇺🇸 | 🔓 | 104.143.3.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 104.238.229.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 168.100.161.0/24 | Gameserverkings |
| 🇺🇸 | 🔓 | 208.52.152.0/23 | Gameserverkings |

Scripting/API    Credits    Pricing    Contact Us    Issue Tracker    Contribute Data

# EXHIBIT G

Get an attacker's point of view: unveil your digital footprint    Request Access



🔍

K    ⌄

# 104.238.229.110 reverse IP lookup ❓

IP Neighbors  ›

| Search in Domain | 🔍 |

1 - 4 of 4 results

**Domain**

us.rustreborn.gg

rustreborn.us

pvp.rustreborn.gg

reborn.icedhost.com

4/11/24, 3:45 PM
Case 4:23-mc-80148-JST   Document 40-1   Filed 04/11/24   Page 18 of 21
securitytrails.com/list/ip/104.238.229.110/historical-trails
Page 18 of 21

# EXHIBIT H



# Search

**Search** ❓

" 208.52.153.37 "

**Game** ❓

All Games

**Server Status**

✖  ✱  ✔

**Players**

0  to  ∞

**Max Distance**

∞  km

**Countries**                    **OR**  **NOT**

Countries

**Show Advanced Filters**

Search

# Results

**Sort:**

**Order:**

Ascending

| | | | | |
|---|---|---|---|---|
| **Rank** | **Name** | **Players** | Address | **Location** |

**Stranded Survival Server Migrated 208.52.153.37:28039**
Status: dead
Map: StrandedSurvivalv2.3.8
PVE: False

#12637    0/50    168.100.160.15:25571    🇺🇸 3146 km

**Oxidized 5x - NoBps |MyMini|Kits|Clans| Just Wiped**
Status: dead
Map: Procedural Map
PVE: False

#12167    0/20    208.52.153.37:28020    🇺🇸 1408 km

**Rank    Name    Players    Address    Location**

Rusted Life PVE          #12788    0/40

Status: dead
Map: Procedural Map
PVE: False

208.52.153.37:28019    🇺🇸 1408 km

[US] Sailor's PVE Retreat Island    #1771    1/40

Map: Procedural Map
PVE: False

208.52.153.37:28024    🇺🇸 1408 km

Sanctuary PvE    #1026    12/60

Map: Procedural Map
PVE: False

208.52.153.37:28015    🇺🇸 1408 km

Sailor's Isle Test Server    #19204    0/40

Status: dead
Map: Procedural Map
PVE: False

208.52.153.37:28038    🇺🇸 1408 km

Zombie Land Test 2    #5916    0/20

Map: Custom Map
PVE: False

208.52.153.37:28016    🇺🇸 1408 km

[ Previous ]    [ Next ]

© BattleMetrics LLC. All rights reserved. All trademarks are property of their respective owners.

Contact Us    Add Server    Privacy Policy    Terms of Service    Refund Policy

Powered by Steam
Glyphicons used under CC BY 3.0