|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | NORTHERN DISTRICT OF CALIFORNIA |

In Re Ex Parte Application of Path Network, Inc.; and Tempest Hosting, LLC,

      Plaintiff(s),

v.

Discord, Inc.,

      Defendant(s).

Case No. 4:23mc80148 JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Laura Perkins, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Yi-Chin Ho, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 204834.

Hughes Hubbard & Reed LLP
1775 I Street, N.W., Washington, DC 20006
MY ADDRESS OF RECORD

(202) 721-4600
MY TELEPHONE # OF RECORD

laura.perkins@hugheshubbard.com
MY EMAIL ADDRESS OF RECORD

Hughes Hubbard & Reed LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 613-4620
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

yichin.ho@hugheshubbard.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 479048.

      A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

      I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2024

Laura Perkins
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura Perkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 26, 2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE